United States District Court
Middle District of Florida
Jacksonville Division

**DREW ADAMS,**

    *Plaintiff,*

v.                                                      **NO. 3:17-cv-739-J-32PDB**

**THE SCHOOL BOARD OF
ST. JOHNS COUNTY, FLORIDA, ET AL.,**

    *Defendants.*

---

## Order of Recusal

I recuse myself from proceedings in this case and direct the Clerk of Court to reassign this case to another United States Magistrate Judge.

**Ordered** in Jacksonville, Florida, on June 29, 2017.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:   Counsel of Record