UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| DREW ADAMS, et al., | No. 3:17-cv-00739-TJC-JBT |
| *Plaintiff,* | |
| v. | |
| THE SCHOOL BOARD OF ST. JOHNS COUNTY, FLORIDA; et al., | |
| *Defendants.* | |

### PLAINTIFFS' UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF TARA L. BORELLI

Plaintiff Drew Adams, by and through his next friend and mother, Erica Adams Kasper (collectively, "Plaintiffs"), by their undersigned counsel and pursuant to Local Rule 2.02(a) and 3.01(g), respectfully request that the Court admit Tara L. Borelli of Lambda Legal Defense and Education Fund, Inc., 730 Peachtree Street NE, Suite 640, Atlanta, GA 30308-1210, to appear *pro hac vice* in the above styled and numbered cause. In support of the relief requested, Plaintiffs set forth the following:

1. Ms. Borelli certifies that (a) there are no disciplinary or suspension proceedings pending against her in any Court; (b) she is not a resident of the State of Florida; (c) she does not make frequent or regular appearances in Florida cases to constitute the maintenance of a practice of law in Florida; (d) she has read and familiarized herself with the most current version of the Local Rules of the United States District Court for the Middle District of Florida within the last 12 months; and (e) she has complied with the fee requirements of Local Rule 2.01(d). Ms. Borelli has prepared and will submit her ECF and

1

email registration immediately upon receipt of an order granting her admission *pro hac vice*.

2. On July 3, 2017, the Court entered confirmation of its receipt of Ms. Borelli's Special Admission Attorney Certification form and admission fee (July 3, 2017 Rcpt. No. JAX024538).

3. Attached as Exhibit 1 to this motion is a Certificate of Good Standing documenting Ms. Borelli's privilege to practice before the United States District Court for the Northern District of Georgia.

4. The undersigned counsel, Kirsten Doolittle, Florida Bar No. 0942391, with The Law Office of Kirsten Doolittle, P.A., located at 207 N. Laura St., Ste. 240, Jacksonville, FL 32202, will serve as local counsel in this action. Ms. Doolittle certifies that she will be responsible for the progress of the case, including the trial in default of the non-resident attorney.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order admitting Ms. Borelli to practice before this Court, *pro hac vice* on behalf of Plaintiffs in this action.

Dated: July 14, 2017               Respectfully submitted,

/s/ Kirsten Doolittle
Kirsten Doolittle
Resident Applicant
The Law Office of Kirsten Doolittle, P.A.
Florida Bar No. 0942391
207 N. Laura St., Ste. 240
Jacksonville, FL 32202
904-551-7775
904-513-9254 (telefax)
E-mail: kd@kdlawoffice.com
Secondary E-mail: mr@kdlawoffice.com
*Counsel for Plaintiffs*

/s/ Tara L. Borelli
Tara L. Borelli
Lambda Legal Defense and Education Fund, Inc.
730 Peachtree Street NE, Suite 640
Atlanta, GA 30308-1210
404-897-1880
404-897-1884 (telefax)
E-mail: tborelli@lambdalegal.org

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 3.01(g), I hereby certify that on July 13, 2017, Plaintiffs' counsel conferred with the only party for whom counsel has entered an appearance, the School Board of St. Johns County, Florida ("School Board"), in a good-faith effort to resolve the issues presented therein. Counsel for the School Board does not oppose the relief requested herein.

/s/ Kirsten Doolittle
Kirsten Doolittle

### CERTIFICATE OF SERVICE

Kirsten Doolittle certifies that she caused a copy of the foregoing document to be served on all counsel of record, by this Court's electronic-filing system, on July 14, 2017.

/s/ Kirsten Doolittle
Kirsten Doolittle

# Exhibit 1



## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA }
} ss.
NORTHERN DISTRICT OF GEORGIA }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **TARA L. BORELLI, State Bar No. 265084,** was duly admitted to practice in said Court on March 24, 2014, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 30th day of June, 2017.

JAMES N. HATTEN
CLERK OF COURT

By: *Stephanie Wilson-Bynum*
Stephanie Wilson-Bynum
Deputy Clerk