UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| DREW ADAMS, a minor, by and through his next friend and mother, ERICA ADAMS KASPER,<br><br>    Plaintiff,<br><br>    v.<br><br>THE SCHOOL BOARD OF ST. JOHNS COUNTY, FLORIDA; TIM FORSON, in his official capacity as Superintendent of Schools for the St. Johns County District; and LISA KUNZE, in her official capacity as Principal of Allen D. Nease High School,<br><br>    Defendants. | Civil Action No. 3:17-cv-00739-TJC-JBT |

## NOTICE OF APPEARANCE FOR PLAINTIFF AND NOTICE OF COMPLIANCE WITH CM/ECF REGISTRATION

TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:

    PLEASE TAKE NOTICE that Nathaniel R. Smith hereby enters his appearance as counsel of record for Plaintiff Drew Adams, by and through his next friend and mother, Erica Adams Kasper, in the above-captioned matter. Please direct all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, to him at the address shown below.

Pursuant to the Court's Order dated July 21, 2017 [Dkt 28] granting *pro hac vice* admission to him, Nathaniel R. Smith hereby certifies that he has registered with the Court's CM/ECF service.

Dated: July 25, 2017

/s/ *Nathaniel R. Smith*
Nathaniel R. Smith (CA 257615) (*admitted pro hac vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
501 W. Broadway, Suite 1100
San Diego, CA 92101-3575
619-234-5000 (main); 619-544-3210 (direct)
619-236-1995 (telefax)
Email:  nathaniel.smith@pillsburylaw.com

*Attorney for Plaintiff Drew Adams, a minor, by and through his next friend and mother, Erica Adams Kasper*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed within the CM/ECF system on July 25, 2017, and was thereby served upon all counsel of record.

*/s/ Nathaniel R. Smith*
Nathaniel R. Smith (CA 257615) (*admitted pro hac vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
501 W. Broadway, Suite 1100
San Diego, CA 92101-3575
619-234-5000 (main); 619-544-3210 (direct)
619-236-1995 (telefax)
Email:   nathaniel.smith@pillsburylaw.com
