**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DREW ADAMS, etc.,

        Plaintiff,

vs.                                                   Case No. 3:17-cv-739-J-32JBT

THE SCHOOL BOARD OF ST. JOHNS
COUNTY, FLORIDA,

        Defendant.

## ORDER

This case is before the Court on a motion for preliminary injunction filed by plaintiff, Drew Adams, through his next friend and mother, Erica Adams Kasper. Doc. 22. The School Board responded (Doc. 42), plaintiff replied (Doc. 48), and both parties filed exhibits. The Court held a hearing on the motion today, the full record of which is incorporated by reference. For the reasons stated at the hearing, it is hereby

**ORDERED**:

1. Plaintiff's motion for preliminary injunction (Doc. 22) is **denied**.

2. Defendant's response to plaintiff's complaint shall be filed no later than **August 18, 2017**. If defendant moves to dismiss any claims, plaintiff shall respond by **September 8, 2017**.

3. The Court is intending to set the case for a three day non-jury trial on the **December 2017** trial term, subject to the parties confirming the availability of their witnesses. The parties are directed to confer and file a joint proposed case management schedule no

later than **August 18, 2017**.

**DONE AND ORDERED** at Jacksonville, Florida this 10th day of August, 2017.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

counsel of record