UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DREW ADAMS, etc.,

    Plaintiff,

vs.                                              Case No. 3:17-cv-739-J-32JBT

THE SCHOOL BOARD OF ST. JOHNS
COUNTY, FLORIDA,

    Defendant.
_____

**HONORABLE TIMOTHY J. CORRIGAN, United States District Judge**
Courtroom Deputy: Marielena Diaz
Court Reporter: Shannon Bishop

| Counsel for Plaintiffs: | Counsel for Defendant: |
|---|---|
| Kirsten L. Doolittle | Terry Joseph Harmon |
| Tara L. Borelli | Michael P. Spellman |
| Omar Gonzalez-Pagan | Robert Jacob Sniffen |
| Paul David Castillo | Kevin Charles Kostelnik |
| Markenzy Lapointe | |

_____
**CLERK'S MINUTES**

PROCEEDINGS:    Hearing re: Motion for Preliminary Injunction (Doc. 22)

Argument by counsel.

•     Order to enter.

_____

DATE: August 10, 2017                                    TIME: 2:58 p.m.- 5:36 p.m.