# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| DREW ADAMS, et al.,<br><br>*Plaintiff*,<br><br>v.<br><br>THE SCHOOL BOARD OF ST. JOHNS COUNTY, FLORIDA,<br><br>*Defendant*. | No. 3:17-cv-00739-TJC-JBT |

## PLAINTIFF'S FINAL EXHIBIT LIST

Plaintiff Drew Adams ("Drew"), by and through his next friend and mother, Erica Adams Kasper, hereby submits his final exhibit list pursuant to Rule 26(a)(3), Federal Rules of Civil Procedure. Drew makes his disclosures and reserves his right to amend, modify or otherwise supplement his disclosures as allowed under the Federal Rules of Civil Procedure.

## **PLAINTIFF'S FINAL EXHIBIT LIST**

| EXHIBIT NUMBER | BATES NUMBER | DESCRIPTION | OBJECTION |
|---|---|---|---|
| 1 | PLAINTIFF0002230 | Grant, J., et al. (2014). *Injustice at Every Turn: A Report of the National Transgender Discrimination Survey*. | |
| 2 | PLAINTIFF0002457 | James, S., et al. (2016). *The Report of the U.S. Transgender Survey*. | |

| EXHIBIT NUMBER | BATES NUMBER | DESCRIPTION | OBJECTION |
|---|---|---|---|
| 3 | PLAINTIFF0001117 | Drew's driver's license | |
| 4 | PLAINTIFF0001118 | Drew's birth certificate | |
| 5 | SJCSB-DA 002691 | June 14, 2015 – Erica emails Holly Arkin to let her know that Drew is transitioning; forward to S. Smith and C. Mittelstadt | |
| 6 | SJCSB-DA 000525 | September 22, 2015 – Erica emails Holly Arkin re conversation with Drew. "It seems that on the problems is that there are only two gender-neutral bathrooms on campus …inconvenient on top of singling Drew out as a trans student…" | |
| 7 | PLAINTIFF0002921 – 2925 | (Undated) Letter from Erica Adams Kasper to Superintendent Joyner re: school's instruction to Drew to begin using gender neutral restrooms | |
| 8 | SJCSB-DA PRR 000819-822 | Oct. 2, 2015 Letter from Erica Adams Kasper to Principal Dresback re: school's instruction to Drew to begin using gender neutral restrooms | |
| 9 | SJCSB-DA 17065 | October 12, 2015 – E. Kasper sending email following meeting S. Smith | |
| 10 | SJCSB-DA 010553 | Nov. 30, 2015 – E. Kasper sending follow email to meeting with C. Mittelstadt and B. Asplen | |
| 11 | SJCSB-DA 005831-005832 | Nov. 30, 2015 – Email from C. Mittelstadt to E. Kasper | |

| EXHIBIT NUMBER | BATES NUMBER | DESCRIPTION | OBJECTION |
|---|---|---|---|
| 12 | SJCSD-D.A. 000616-617 | April 9, 2016 – Email from E. Kasper to C. Mittelstadt and H. Arkin regarding meeting | |
| 13 | KASPER000184-185 | April 22, 2016 email from Erica Kasper to Roger Mills; subject "Drew Adams – update" regarding safety and privacy | |
| 14 | KASPER000186 | A May 5, 2016 email from Erica to Roger Mills describing another problem with Drew accessing a boys' restroom for AP testing that was occurring in the gymnasium area. Drew was required to use the coach's restroom if he needed a restroom break. | |
| 15 | SJCSD-D.A. 000629 | May 13, 2016 – E. Kasper emails C. Mittelstadt and Holly Arkin an article "US Directs Public Schools to Allow Transgender Access to Restrooms" | |
| 16 | SJCSD-D.A. 000641 | May 16, 2016 – Email from E. Kasper to C. Mittelstadt asking to change Drew's gender in the computer system | |
| 17 | SJCSD-D.A. 000657 | May 22, 2016 and May 24, 2016 – Email from E. Kasper to C.M. and Holly Arkin sharing the American Federation of Teachers statement regarding Obama's directives | |
| 18 | SJCSD-D.A. 000650 | May 22, 2016 – Drew emailed various teachers to notify them that he is male and that he still has not | |

| EXHIBIT NUMBER | BATES NUMBER | DESCRIPTION | OBJECTION |
|---|---|---|---|
| | | been able to change his gender marker in the school system so the roster says he is female | |
| 19 | SJCSD-D.A. 000700; SJCSD-D.A. 000701; SJCSD-D.A. 000703; SJCSD-D.A. 000704; SJCSD-D.A. 000705 | July 26, 2016 – Drew emailing teacher regarding transgender status because school roster has not been updated | |
| 20 | KASPER000202 | Aug. 11, 2016 – Email from E. Kasper to R. Mills re "New Classes, New Locations" | |
| 21 | SJCSD-D.A. 000724 | Aug. 27, 2016 – Email from E. Kasper to C. Mittelstadt and K. Dresback regarding bathroom access football game | |
| 22 | SJCSD-D.A. 000795, 16071 | March 6, 2017 – Email to L. Kunze and K. Dresback from student and cc'd Drew | |
| 23 | SJCSD-D.A. 000813 | March 28, 2017 – Email to L. Kunze re petition to address gender neutral bathroom in H pod | |
| 24 | SJCSD-D.A. 16070 | April 6, 2017 – Email from A.Mander, Asst Principal at Nease to L. Kunze: request for trans students to use coaches bathroom in gym during AP testing | |
| 25 | PLAINTIFF0002932 - 2933 | Nov. 6-7, 2017 email exchange with Principal Kunze re: Drew's inability to access boys' restrooms during the lunch hour when all students are required to remain in a restricted area with no | |

| EXHIBIT NUMBER | BATES NUMBER | DESCRIPTION | OBJECTION |
|---|---|---|---|
| | | gender neutral restrooms. | |
| 26 | PLAINTIFF0001330 - 1345 | American Psychiatric Association, Diagnostic Criteria for Gender Dysphoria, *Diagnostic and Statistical Manual of Mental Disorders (DSM-5)* | |
| 27 | PLAINTIFF0001346 - 1347 | America Psychiatric Association FAQ re: updating Gender Dysphoria diagnosis | |
| 28 | PLAINTIFF0001119 - 1238 | World Professional Association for Transgender Health (2011). *Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People*. | |
| 29 | PLAINTIFF0001297 - 1329 | American Psychological Association (2015). Guidelines for Psychological Practice with Transgender and Gender Nonconforming People. *Am. Psychologist* 70:832-864. | |
| 30 | PLAINTIFF0001239 - 1273 | Hembree, W., et al. (2017). Endocrine Treatment of Gender-Dysphoric/Gender Incongruent Persons: An Endocrine Society Clinical Practice Guideline. *J. of Clin. Endocrinology & Metabolism* 102(11):1-35. | |
| 31 | PLAINTIFF0001274 - 1296 | Hembree, W., et al. (2009). Endocrine Treatment of Transsexual Persons: An Endocrine Society Clinical Practice Guideline. *J. of Endocrinology & Metabolism* 94(9): 3132- | |

| EXHIBIT NUMBER | BATES NUMBER | DESCRIPTION | OBJECTION |
|---|---|---|---|
| | | 3154. | |
| 32 | PLAINTIFF0001348 - 1349 | American Academy of Family Physicians, *AAFP Reaffirms Antidiscrimination Policy with Vote on Transgender Equality* (Sept. 2016) | |
| 33 | PLAINTIFF0001350 - 1354 | The American College of Obstetricians and Gynecologists. *Committee Op. No. 512: Health Care for Transgender Individuals* (Dec. 2011) | |
| 34 | PLAINTIFF0001355 | American Medical Association (2017). *Access to Basic Human Services for Transgender Individuals H-65.964* | |
| 35 | PLAINTIFF0001356 - 1357 | American Medical Association (2016). *Health Care Needs of Lesbian Gay Bisexual and Transgender Populations H-160.991* | |
| 36 | PLAINTIFF0001358 | American Medical Association (2016). *Removing Financial Barriers to Care for Transgender Patients H-185.950* | |
| 37 | PLAINTIFF0001359 | American Psychoanalytic Association (2012). *Position Statement on Attempts to Change Sexual Orientation, Gender Identity, or Gender Expression* | |
| 38 | PLAINTIFF0001360 - 1371 | American Psychological Association & National Association of School Psychologists. (2015). *Resolution on gender and* | |

| EXHIBIT NUMBER | BATES NUMBER | DESCRIPTION | OBJECTION |
|---|---|---|---|
| | | *sexual orientation diversity in children and adolescents in schools.* | |
| 39 | PLAINTIFF0001372 - 1375 | Anton, B. S. (2009). Proceedings of the American Psychological Association for the legislative year 2008: Minutes of the annual meeting of the Council of Representatives. *American Psychologist, 64,* 372–453. | |
| 40 | PLAINTIFF0001376 - 1389 | Daniel, H. (2015). *Lesbian, Gay, Bisexual, and Transgender Health Disparities: Executive Summary of a Policy Position Paper From the American College of Physicians. Ann Intern Med.* 163:135-137 | |
| 41 | PLAINTIFF0001390 - 1391 | American Psychiatric Association (2012). *Position Statement on Discrimination Against Transgender and Gender Variant Individuals* | |
| 42 | PLAINTIFF0001392 - 1393 | American Psychiatric Association (2012). *Position Statement on Access to Care for Transgender and Gender Variant Individuals* | |
| 43 | PLAINTIFF0001394 - 1395 | Endocrine Society (2017). *Position Statement: Transgender Health* | |
| 44 | PLAINTIFF0001396 - 1401 | Lopez, X., et al. (2017). Statement on gender-affirmative approach to care from the pediatric endocrine society special interest group on | |

| EXHIBIT NUMBER | BATES NUMBER | DESCRIPTION | OBJECTION |
|---|---|---|---|
| | | transgender health. *Curr. Op. Pediatr.* 29:475–480. | |
| 45 | PLAINTIFF0001402 - 1413 | National Association of Social Workers. (May 2015). *Sexual Orientation Change Efforts (SOCE) and Conversion Therapy with Lesbians, Gay Men, Bisexuals, and Transgender Persons.* | |
| 46 | PLAINTIFF0001414 - 1422 | National Association of Social Workers. (2011). Transgender and Gender Identity Issues. *Social Work Speaks.* | |
| 47 | PLAINTIFF0001423 | Pediatric Endocrine Society (Mar. 2017). *PES Statement Promoting Safety of Transgender Youth.* | |
| 48 | EHRENSAFT001627 (Also: PLAINTIFF0001424 - 1499) | Substance Abuse and Mental Health Services Administration. (2015). *Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth.* | |
| 49 | PLAINTIFF0001500 - 1516 | American Academy of Pediatrics. (2013). Technical Report: Office-Based Care for Lesbian, Gay, Bisexual, Transgender, and Questioning Youth. *Pediatrics* 132(1):297-313. | |
| 50 | PLAINTIFF0001519 - 1524 | American Academy of Pediatrics. (2013). Policy Statement: Office-Based Care for Lesbian, Gay, Bisexual, Transgender, and Questioning Youth. *Pediatrics* 132(1):198-203. | |

| EXHIBIT NUMBER | BATES NUMBER | DESCRIPTION | OBJECTION |
|---|---|---|---|
| 51 | PLAINTIFF0001527 - 1529 | World Medical Association. (2015). WMA Statement On Transgender People | |
| 52 | PLAINTIFF0003732 - 3734 | American Association for Marriage and Family Therapy statement on "Gender Identity" | |
| 53 | PLAINTIFF0003735 - 3737 | American Family Therapy Academy, "AFTA's Support for Transgender Persons" | |
| 54 | PLAINTIFF0003738 - 3739 | American Family Therapy Academy, "Statement on Transgender Students" | |
| 55 | PLAINTIFF0003740 - 3741 | American Academy of Child & Adolescent Psychology, "Transgender Youth in Juvenile Justice and other Correctional Systems" | |
| 56 | EHRENSAFT000229- 237 | De Vries, Annelou L.C., et al. (2014). Young Adult Psychological Outcome After Puberty Suppression and Sex Reassignment. *Pediatrics* 134(4):696-704. | |
| 57 | EHRENSAFT000859 - 865 | Olson, K., et al. (2016). Mental Health of transgender children who are supported in their identities. *Pediatrics* 137:1-8. | |
| 58 | EHRENSAFT000954 - 958 | Travers, R., et al. (2012). Impacts of strong parental support for trans youth: a report prepared for Children's Aid Society of Toronto and Delisle Youth Services. | |
| 59 | PLAINTIFF0003742 - | Styne, D.M., et al. (2017). | |

| EXHIBIT NUMBER | BATES NUMBER | DESCRIPTION | OBJECTION |
|---|---|---|---|
| | 0003790 | Pediatric Obesity— Assessment, Treatment, and Prevention: An Endocrine Society Clinical Practice Guideline. *J. of Clin. Endocrinology & Metabolism* 102(3):709–757. | |
| 60 | PLAINTIFF0003791 - 0003828 | Open letter critiquing the *Sexuality and Gender* (McHugh/Mayer) article, dated March 22, 2017. | |
| 61 | PLAINTIFF0003829 - 0003838 | Fuqua, J. (2013). Treatment and Outcomes of Precocious Puberty: An Update. *J. of Clin. Endocrinology & Metabolism* 98(6):2198–2207 | |
| 62 | PLAINTIFF0002894 | Flores, A.R. et al. *How Many Adults Identify As Transgender In The United States?* (June 2016). The Williams Institute. | |
| 63 | PLAINTIFF0001811 - 1812 | Atherton High School, School-Based Decision Making Council Policy 500 | |
| 64 | PLAINTIFF0001813 – 1837 | U.S. Department of Education, *Examples of Policies and Emerging Practices for Supporting Transgender Students* (May 2016) | |
| 65 | PLAINTIFF0001563 - 1568 | School Board of Broward County, Florida - Nondiscrimination Policy Statement (No. 4001.1) | |
| 66 | PLAINTIFF0001569 - 1669 | Broward County Public Schools - Lesbian, Gay, Bisexual, Transgender, & | |

| EXHIBIT NUMBER | BATES NUMBER | DESCRIPTION | OBJECTION |
|---|---|---|---|
| | | Questioning Critical Support Guide (2d Ed., 2016). | |
| 67 | PLAINTIFF0001692 - 1694 | Florida High School Athletic Association, "Who We Are" | |
| 68 | PLAINTIFF0001735 - 1810 | Administrative Policies of the Florida High School Athletic Association, Inc. 2017-18 Edition | |
| 69 | | Rule 34 Inspection video | Stipulated |
| 70 | SJCAB-DA  001368-1369 | Email between T. Forson and F. Upchurch regarding best practices | |
| 71 | SJCAB-DA   1361 | Jul 31, 2017 Letter from interested parent support the students | |
| 72 | SJCAB-DA  1326-27 | Press release re LGBT bullies | |
| 73 | SJCAB-DA   1323 | July 31, 2017 - We are nease email | |
| 74 | SJCSB-DA PRR 001897-1928 | May 2015 - Materials related to conference in Ft. Lauderdale | |
| 75 | SJCSB-DA PRR 001543-1547 | St. Johns County School Board policies | |
| 76 | SJCSB-DA PRR 001548-1551 | Feb. 18, 2015 - minutes for LGBT Focus Group meeting | |
| 77 | SJCSB-DA PRR 1090-1097 | March 3, 2015 email from S. Smith attaching recommendation and back-up information from LGBT Task Force | |
| 78 | SJCSB-DA PRR 001437-1526 | Collection of non-discrimination policies from Florida school districts, and model policies for transgender | |

11

| EXHIBIT NUMBER | BATES NUMBER | DESCRIPTION | OBJECTION |
|---|---|---|---|
| | | students | |
| 79 | SJCSB-DA PRR 001789-1790 | Summary of purpose and work of St. Johns County LGBT Task Force | |
| 80 | Pltf Exh. 9 – Asplen Depo | GLSEN model policy | |
| 81 | PLAINTIFF0003731 | Aug. 1, 2017 Map Nease High School (restrooms marked in green and blue) | |
| 82 | SJCSB-DA PRR 823-827 | Jan. 5, 2016 Email Dresback to Mittelstadt w Map of Nease High; Drew's class schedule, and Best Practices | |
| 83 | SJCSB-DA 819-823 | Oct. 2, 2015 Email from Erica to Dresback (fwd to Mittelstadt, to Upchuch) re Concern regarding Drew Adams – info for meeting Oct 9 | |
| 84 | SJCSD-DA 000006-7 | Jan. 15, 2016 Board response to OCR Complaint | |
| 85 | SJCSB-DA 001370-1374 | Aug. 12, 2015 Email from Mittelstadt to Upchurch with Best Practices | |
| 86 | SJCSB-DA 001384-1393 | Aug. 17, 2015 Email from Upchurch to Rob Sniffen with Best Practices | |
| 87 | SJCSB-DA 001397-1402 | Aug. 18, 2015 Email from Upchurch to Strickland incorporating T. Harmon edits | |
| 88 | SJCSD-DA 000025-31 | March 30, 2016 Upchurch position statement for School Board to OCR dated | |
| 89 | SJCSB-DA 000992 | Aug. 12, 2016 Email from Mills to Upchurch asking supplemental questions | |

| EXHIBIT NUMBER | BATES NUMBER | DESCRIPTION | OBJECTION |
|---|---|---|---|
| 90 | SJCSB-DA 1086-87 | Sept. 7, 2016 Email from Upchurch to Mills in response | |
| 91 | SJCSB-DA 17097 | September 9, 2015 – Sallyanne email to H. Arkin (and others): best practices to be distributed to principals tomorrow | |
| 92 | SJCSB-DA PRR 001567 | Sept 10, 2015 – St. John's County School District Assistant Principals' Meeting Agenda | |
| 93 | SJCSB-DA  17090 | September 28, 2015 – Email from Sallyanne Smith to Cathy Mittelstadt - In response to email from Erica re Drew | |
| 94 | SJCSB-DA 002685-86 | September 28, 2015 Email C. Mittelstadt says she gave him information and they should discuss | |
| 95 | SJCSB-DA PRR 001051 | Feb. 11, 2016 – Email from Roger Mills (OCR) to Superintendent Joyner | |
| 96 | SJCSB-DA PRR 001930 | Human Rights Campaign "A Guide for Schools Responding to Questions About the US Department of Education's Guidance on the Rights of Transgender Students." | |
| 97 | SJCSB-DA PRR 001903 | Gender Spectrum | |
| 98 | SJCSB-DA PRR 001592 | Cover Letter with Task Force Recommendation | |
| 99 | SJCSB-DA PRR 001789-90 | LGBTQ task force document | |
| 100 | SJCSB-DA PRR 001709-1721 | Feb. 4-5, 2014 - Statewide LGBTQ – District Responses to the Legal and | |

| EXHIBIT NUMBER | BATES NUMBER | DESCRIPTION | OBJECTION |
|---|---|---|---|
| | | Ethical Rights and Needs of LGBTQ Students | |
| 101 | SJCSB-DA PRR 001483-496 | March 3-5, 2014 – Stonewall Education Project Conference | |
| 102 | SJCSB-DA PRR 001773 | Powerpoint | |
| 103 | SJCSB-DA PRR 001119-SJCSB-DA PRR 001122; SJCSB-DA PRR 001613 | Nov. 5, 2014 – LGBTQ focus group met and gathered information to bring to task force minutes and agenda | |
| 104 | SJCSB-DA PRR 002430 - SJCSB-DA PRR 002532 | Jan. 16, 2015 –JASMYN 2015 Teaching Respect For All Conference | |
| 105 | SJCSB-DA 001362-1365 | Jan. 27, 2015 – Laura Barkett forwards email and attachments to Tim Forson, Brennan Asplen, Christina McKendrick and Sallyanne Smith | |
| 106 | SJCSD-D.A. 000151-SJCSD-D.A. 000152 | Agenda and Notes from February 2015 Task Force Meeting | |
| 107 | SJCSB-DA PRR 001090-1097 | March 3, 2015 – Email from S.A. Smith to B. Asplen and others re "recommendation and back up information from the last LGBTQ Task for Meeting and asked for comments | |
| 108 | SJCSB-DA PRR 001430 - 001436 | Edits to recommendations from LGBTQ task force | |
| 109 | SJCSB-DA PRR 001968-001995 | Additional edits to recommendations from LGBTQ task force | |
| 110 | SJCSB-DA PRR 002479-2494 | 2013 GLSEN National School Climate Survey | |

| EXHIBIT NUMBER | BATES NUMBER | DESCRIPTION | OBJECTION |
|---|---|---|---|
| 111 | SJCSB-DA PRR 001570-77 | Pages from Broward County Public Schools LGBTQ Critical Support Guide | |
| 112 | SJCSB-DA PRR 001783-86 | Transgender and Gender Non-Conforming: Your Rights at School (April 2014) | |
| 113 | SJCSB-DA PRR 001454-SJCSB-DA PRR 001458 | CA Safe Schools Coalition | |
| 114 | SJCSB-DA PRR 001457 | Massachusetts Public Schools | |
| 115 | SJCSB-DA PRR 001473-SJCSB-DA PRR 001478 | Jan. 22, 2013 –email from D.Pallazzo re San Francisco's transgender policies from 2006 or 2003 | |
| 116 | SJCSB-DA PRR 001489-1526 | District of Columbia Public Schools – June 2015 – Transgender and Gender-Nonconforming Policy Guidance | |
| 117 | SJCSB-DA PRR 001624-25 | May 19, 2016 – Email from De Pallazzo (Equality Florida) All Together Now Statewide Conference Call Minutes | |
| 118 | SJCSB-DA PRR 001095-96 | March 3, 2015, Appendix B to the LGBTQ Task Force | |
| 119 | SJCSD-D.A. 000160 | Aug. 19, 2015 – Redlined Best practices | |
| 120 | SJCSB-DA PRR 001768 - 1770 | Sept 9-10, [2015] –notes re LGBTQ guidelines meeting | |
| 121 | SJCSB-DA PRR 001584 | District Response to the Needs of LGBTQ Students: Legal Rights and Ethical Responsibilities | |

| EXHIBIT NUMBER | BATES NUMBER | DESCRIPTION | OBJECTION |
|---|---|---|---|
| 122 | PLAINTIFF0002929 | Best Practices | |
| 123 | PLAINTIFF0001535 - 1556 | Sept. 2014, *Medico-Legal Guidelines*, North Carolina Bar Association Medico-Legal Liaison Committee | |
| 124 | PLAINTIFF0001557 - 1559 | Duke Department of Pediatrics, Duke University School of Medicine, Biography for Dr. Adkins | |
| 125 | PLAINTIFF0001531 - 1532 | Nov. 19, 2017, HIPAA Privacy Authorization Form for Dr. Adkins | |
| 126 | PLAINTIFF0001533 - 1534 | Nov. 19, 2017, HIPAA Privacy Authorization Form for Dr. Ehrensaft | |
| 127 | PLAINTIFF0003724 - 3729 | Information for Informed Consent for Adolescents (originally signed June 19, 2016; updated Nov. 20, 2017) | |
| 128 | PLAINTIFF0003730 | Informed consent signature page executed by Erica Adams Kasper and Scott Adams on May 31, 2016 | |
| 129 | PLAINTIFF0003711 | Meeting the Health Care Needs of LGBTQ Adolescents In the Primary Care Setting Powerpoint Presentation | |
| 130 | PLAINTIFF0003723 | University of Louisville School of Medicine Child and Adolescent Sexuality Powerpoint Presentation | |
| 131 | PLAINTIFF0003710 | Dept of Radiology: LGBT Identities, Clinical Concerns, Patient Communication Powerpoint Presentation | |

| EXHIBIT NUMBER | BATES NUMBER | DESCRIPTION | OBJECTION |
|---|---|---|---|
| 132 | PLAINTIFF0000001 | Feb. 26, 2016 letter from Michael De La Hunt, MD, FAPA | |
| 133 | PLAINTIFF0000002 | Nov. 22, 2016 letter from Michael De La Hunt, MD, FAPA | |
| 134 | PLAINTIFF0000003 - 04 | May 31, 2016 letter from Naomi J. Jacobs, Ph.D. | |
| 135 | PLAINTIFF0000005 | May 25, 2017 Affidavit of Dr. Russell Sassani | |
| 136 | | Articles cited in the attachments to Dr. Adkins' Expert and Rebuttal Reports | |
| 137 | | Articles cited in the attachments to Dr. Ehrensaft's Expert and Rebuttal Reports | |
| 138 | | Defendant's Response to Plaintiff's First Set of Requests for Admissions | |
| 139 | | Defendant's Response to Plaintiff's First Set of Interrogatories | |
| 140 | | All deposition transcripts and exhibits | |
| 141 | | All exhibits necessary for rebuttal | |
| 142 | | All impeachment exhibits | |
| 143 | | Amended Complaint | |
| 144 | | Answer to Amended Complaint | |
| 145 | | Any Exhibits Listed by Defendant | |

Dated: November 27, 2017

Respectfully submitted,

| | |
|---|---|
| /s/ Tara L. Borelli | Kirsten Doolittle, Trial Counsel |
| Tara L. Borelli (*admitted pro hac vice*) | Florida Bar No. 942391 |
| LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. | THE LAW OFFICE OF KIRSTEN DOOLITTLE, P.A. |
| 730 Peachtree Street NE, Suite 640 | The Elks Building |
| Atlanta, GA 30308-1210 | 207 North Laura Street, Ste. 240 |
| Telephone: 404-897-1880 | Jacksonville, FL 32202 |
| Facsimile: 404-897-1884 | Telephone: 904-551-7775 |
| tborelli@lambdalegal.org | Facsimile: 904-513-9254 |
| | kd@kdlawoffice.com |
| Omar Gonzalez-Pagan | |
| (*admitted pro hac vice*) | Jennifer Altman |
| LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. | Florida Bar No: 881384 |
| 120 Wall Street, 19th Floor | Markenzy Lapointe |
| New York, New York 10005-3919 | Florida Bar No: 172601 |
| Telephone: 212-809-8585 | Shani Rivaux |
| Facsimile: 212-809-0055 | Florida Bar No: 42095 |
| ogonzalez-pagan@lambdalegal.org | Aryeh Kaplan |
| | Florida Bar No: 60558 |
| Paul D. Castillo (*admitted pro hac vice*) | PILLSBURY WINTHROP SHAW PITTMAN, LLP |
| LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. | 600 Brickell Avenue Suite 3100 |
| 3500 Oak Lawn Avenue, Suite 500 | Miami, FL 33131 |
| Dallas, Texas 75219 | Telephone: 786-913-4900 |
| Telephone: 214-219-8585 | Facsimile: 786-913-4901 |
| Facsimile: 214-219-4455 | jennifer.altman@pillsbury.com |
| pcastillo@lambdalegal.org | markenzy.lapointe@pillsburylaw.com |
| | shani.rivaux@pillsbury.com |
| Natalie Nardecchia | aryeh.kaplan@pillsbury.com |
| (*admitted pro hac vice*) | |
| LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. | Richard M. Segal (*admitted pro hac vice*) |
| 4221 Wilshire Boulevard, Suite 280 | Nathaniel R. Smith (*admitted pro hac vice*) |
| Los Angeles, CA 90010-3512 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| Tel. 213-382-7600 \| Fax: 213-351-6050 | 501 W. Broadway, Suite 1100 |
| nnardecchia@lambdalegal.org | San Diego, CA 92101 |
| | Telephone: 619-234-5000 |
| | Facsimile: 619-236-1995 |
| | richard.segal@pillsburylaw.com |
| | nathaniel.smith@pillsburylaw.com |

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2017, the foregoing document was filed electronically using the Court's ECF system, which will provide electronic notice to all counsel of record, including:

>Terry J. Harmon (tharmon@sniffenlaw.com)
>Robert J. Sniffen (rsniffen@sniffenlaw.com)
>Michael P. Spellman (mspellman@sniffenlaw.com)
>Lisa B. Fountain (lfountain@sniffenlaw.com)
>Kevin Kostelnik (kkostelnik@sniffenlaw.com)
>SNIFFEN & SPELLMAN, P.A.
>123 North Monroe Street
>Tallahassee, Florida 32301
>
>Robert Christopher Barden (rcbarden@mac.com)
>RC Barden & Associates
>5193 Black Oaks Court North
>Plymouth, MN 55446-2603
>
>*Attorneys for Defendant, The School Board of St. Johns County, Florida*

/s/  Tara L. Borelli
Tara L. Borelli (*admitted pro hac vice*)
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
730 Peachtree Street NE, Suite 640
Atlanta, GA 30308-1210
Telephone:  404-897-1880
Facsimile:  404-897-1884
tborelli@lambdalegal.org