UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DREW ADAMS, et al.,

    *Plaintiff*,

v.

THE SCHOOL BOARD OF ST. JOHNS COUNTY, FLORIDA,

    *Defendant*.

No. 3:17-cv-00739-TJC-JBT

## PLAINTIFF'S FINAL WITNESS LIST

Plaintiff Drew Adams ("Drew"), by and through his next friend and mother, Erica Adams Kasper, hereby submits his final witness list pursuant to Rule 26(a)(3), Federal Rules of Civil Procedure. Drew makes his disclosures and reserves his right to amend, modify or otherwise supplement his disclosures as allowed under the Federal Rules of Civil Procedure.

### PLAINTIFF'S FINAL IDENTIFICATION OF WITNESSES

**A.** **Witnesses Plaintiffs Expects to Call**

1. Dr. Thomas Aberli
2. Drew Adams
3. Erica Kasper Adams
4. Scott Adams
5. Michelle L. Kefford
6. Michaelle Valbrun-Pope
7. Diane Erhensaft, Ph.D. (retained expert)
8. Dr. Adkins (unretained expert/treater)

B. **Witnesses Plaintiff May Call**

1. Kim Hutton
2. Defendant's corporate representative
3. Any witnesses necessary for rebuttal
4. Any witnesses necessary for impeachment
5. Records custodians and authentication witnesses

Dated: November 27, 2017

Respectfully submitted,

/s/ Tara L. Borelli
Tara L. Borelli (*admitted pro hac vice*)
LAMBDA LEGAL DEFENSE AND EDUCATION
  FUND, INC.
730 Peachtree Street NE, Suite 640
Atlanta, GA 30308-1210
Telephone: 404-897-1880
Facsimile: 404-897-1884
tborelli@lambdalegal.org

Omar Gonzalez-Pagan
  (*admitted pro hac vice*)
LAMBDA LEGAL DEFENSE
    AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005-3919
Telephone: 212-809-8585
Facsimile: 212-809-0055
ogonzalez-pagan@lambdalegal.org

Paul D. Castillo (*admitted pro hac vice*)
LAMBDA LEGAL DEFENSE
    AND EDUCATION FUND, INC.
3500 Oak Lawn Avenue, Suite 500
Dallas, Texas 75219
Telephone: 214-219-8585
Facsimile: 214-219-4455
pcastillo@lambdalegal.org

Kirsten Doolittle, Trial Counsel
Florida Bar No. 942391
THE LAW OFFICE OF KIRSTEN DOOLITTLE, P.A.
The Elks Building
207 North Laura Street, Ste. 240
Jacksonville, FL 32202
Telephone: 904-551-7775
Facsimile: 904-513-9254
kd@kdlawoffice.com

Jennifer Altman
Florida Bar No: 881384
Markenzy Lapointe
Florida Bar No: 172601
Shani Rivaux
Florida Bar No: 42095
Aryeh Kaplan
Florida Bar No: 60558
PILLSBURY WINTHROP SHAW PITTMAN, LLP
600 Brickell Avenue Suite 3100
Miami, FL 33131
Telephone: 786-913-4900
Facsimile: 786-913-4901
jennifer.altman@pillsbury.com
markenzy.lapointe@pillsburylaw.com
shani.rivaux@pillsbury.com
aryeh.kaplan@pillsbury.com

| | |
|---|---|
| Natalie Nardecchia<br>(*admitted pro hac vice*)<br>LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.<br>4221 Wilshire Boulevard, Suite 280<br>Los Angeles, CA 90010-3512<br>Tel. 213-382-7600 \| Fax: 213-351-6050<br>nnardecchia@lambdalegal.org | Richard M. Segal (*admitted pro hac vice*)<br>Nathaniel R. Smith (*admitted pro hac vice*)<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>501 W. Broadway, Suite 1100<br>San Diego, CA 92101<br>Telephone:  619-234-5000<br>Facsimile:  619-236-1995<br>richard.segal@pillsburylaw.com<br>nathaniel.smith@pillsburylaw.com |

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2017, the foregoing document was filed electronically using the Court's ECF system, which will provide electronic notice to all counsel of record, including:

> Terry J. Harmon (tharmon@sniffenlaw.com)
> Robert J. Sniffen (rsniffen@sniffenlaw.com)
> Michael P. Spellman (mspellman@sniffenlaw.com)
> Lisa B. Fountain (lfountain@sniffenlaw.com)
> Kevin Kostelnik (kkostelnik@sniffenlaw.com)
> SNIFFEN & SPELLMAN, P.A.
> 123 North Monroe Street
> Tallahassee, Florida 32301
>
> Robert Christopher Barden (rcbarden@mac.com)
> RC Barden & Associates
> 5193 Black Oaks Court North
> Plymouth, MN 55446-2603
>
> *Attorneys for Defendant, The School Board of St. Johns County, Florida*

*/s/ Tara L. Borelli*
Tara L. Borelli (*admitted pro hac vice*)
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
730 Peachtree Street NE, Suite 640
Atlanta, GA 30308-1210
Telephone: 404-897-1880
Facsimile: 404-897-1884
tborelli@lambdalegal.org