UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DREW ADAMS, a minor, by and through his next friend and mother, ERICA ADAMS KASPER,**

    Plaintiff,

v.                                              Case No.: 3:17-cv-00739-TJC-JBT

**THE SCHOOL BOARD OF ST. JOHNS COUNTY, FLORIDA,**

    Defendants.

_____/

## DEFENDANT'S MOTION FOR JUDICIAL NOTICE

Defendant, **THE SCHOOL BOARD OF ST. JOHNS COUNTY, FLORIDA** ("Defendant"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 201, hereby request this honorable Court to take judicial notice of certain documents, and in support states as follows:

    1.    On May 13, 2016, the U.S. Department of Education ("DOE") and Department of Justice ("DOJ") jointly released a statement of guidance and best practices ("Joint Guidance") explaining how federal laws which prohibit discrimination based on sex with regard to transgender students. Included with the joint guidance was a statement that schools must allow transgender students to participate in and access sex-segregated facilities. See Exhibit A.

    2.    On February 22, 2017, DOE and DOJ withdrew the Joint Guidance and a prior guidance, noting that it is the role of the States and school districts to create education policy. See Exhibit B.

3.	On December 15, 2014, the former U.S. Attorney General issued a memorandum stating that Title VII of the Civil Rights Act of 1964's ("Title VII") prohibition of sex discrimination encompasses gender identity. See Exhibit C.

4.	On October 4, 2017, the acting U.S. Attorney General issued a memorandum declaring that Title VII's prohibition on sex discrimination does not, *per se*, include gender identity and withdrew the former U.S. Attorney General's December 15, 2014 memorandum. See Exhibit D.

5.	The Joint Guidance, its withdrawal letter, and the Attorney General Memoranda are published on DOE's or DOJ's websites.[1]

6.	Additionally, several bills have been introduced and proposed over the last several years making a distinction between sex and gender identity. These bills include S.1006 "Equality Act" (Exhibit E); S.1858 "Equality Act" (Exhibit F); and S.439 "Student Non-Discrimination Act of 2015" (Exhibit G).

7.	All of these bills are published on the U.S. Congress's Website.[2]

---

[1] https://www2.ed.gov/about/offices/list/ocr/letters/colleague-201605-title-ix-transgender.pdf
https://www.justice.gov/crt/guidance-and-resources
https://www.justice.gov/opa/pr/attorney-general-holder-directs-department-include-gender-identity-under-sex-
https://www.justice.gov/ag/page/file/1006981/download

[2] https://www.congress.gov/bill/115th-congress/senate-bill/1006/text?q=%7B%22search%22%3A%5B%22%5C%22Title+VII%5C%22+AND+%5C%22gender+identity%5C%22%22%5D%7D&r=1%20https://www.congress.gov/bill/115th-congress/house-bill/2282/text?q=%7B%22search%22%3A%5B%22%5C%22Title+VII%5C%22+AND+%5C%22gender+identity%5C%22%22%5D%7D&r=2
https://www.congress.gov/bill/114th-congress/senate-bill/1858/text?q=%7B%22search%22%3A%5B%22114hr3185%22%5D%7D&r=2https://www.congress.gov/bill/114th-congress/house-bill/3185/text?q=%7B%22search%22%3A%5B%22114hr3185%22%5D%7D&r=3
https://www.congress.gov/bill/114th-congress/senate-bill/439/text?q=%7B%22search%22%3A%5B%22114s439%22%5D%7D&r=1https://www.congress.gov/bill/114th-congress/house-bill/846/text?q=%7B%22search%22%3A%5B%22114s439%22%5D%7D&r=2

8.     Counsel for Plaintiff has been contacted regarding this motion and does not oppose the Court taking judicial notice of **Exhibits A**, **B**, **C** and **D**. Plaintiff does oppose the Court taking judicial notice of **Exhibits E**, **F**, and **G**.

## MEMORANDUM OF LAW

A court may take judicial notice of a fact if it can be accurately and readily determined from sources whose accuracy cannot be reasonable questioned. Stanifer v. Corin USA Ltd., Inc., 2014 WL 5823319, *3 (M.D. Fla. Nov. 10, 2014). Facts and documents found on government websites are the proper subjects for judicial notice. See Sec. of Labor v. American Bronze Foundry, Inc., 2013 WL 5720146, *3, fn. 4 (M.D. Fla. Oct. 21, 2013); Setai, Hotel Acquisition, LLC v. Miami Beach Luxury Rentals, Inc., 2017 WL 3503371, *7 (S.D. Fla. Aug. 15, 2017); Turbyfill v. Scottsdale Indemnity Co., 2016 WL 741657, *2 (N.D. Fla. Feb. 24, 2016); Paralyzed Veterans of America v. McPherson, 2008 WL 4183981, *5 (N.D. Cal. Sept. 9, 2008).

Accordingly, because the Joint Guidance, its withdrawal letter, the Attorney General Memoranda, and the proposed bills are published on government websites, they are proper subjects for judicial notice.

WHEREFORE, Defendant respectfully requests that the Court enter an order taking judicial notice of the May 13, 2016 DOE and DOJ Joint Guidance letter and the February 22, 2017 DOE and DOJ withdrawal of that Joint Guidance, the December 15, 2014 U.S. Attorney General Memorandum, and the October 4, 2017 U.S. Attorney General Memorandum, and the proposed bills titled S.1006 "Equality Act"; S.1858 "Equality Act"; and S.439 "Student Non-Discrimination Act of 2015" attached hereto as **Exhibits A, B, C, D, E, F, & G**. Dated this 29th day of November 2017.

Respectfully submitted,

*/s/ Kevin C. Kostelnik*
**KEVIN C. KOSTELNIK**
Florida Bar Number: 0118763
kkostelnik@sniffenlaw.com
**TERRY J. HARMON**
*Trial Counsel*
Florida Bar Number: 0029001
tharmon@sniffenlaw.com
**MICHAEL P. SPELLMAN**
Florida Bar Number: 937975
mspellman@sniffenlaw.com
**ROBERT J. SNIFFEN**
Florida Bar Number: 000795
rsniffen@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

**Robert Christopher Barden**
MN Bar Number: 227316
rcbarden@mac.com

**RC Barden & Associates**
5193 Black Oaks Ct. N.
Plymouth , MN 55446
Phone: 801-230-8328

*Counsel for St. Johns County School Board*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 29th day of November, 2017, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Middle District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Kevin C. Kostelnik*
**KEVIN C. KOSTELNIK**

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 3.01(g), I hereby certify that on November 29, 2017, Defendant's Counsel conferred with Plaintiff's counsel. Plaintiff's counsel indicated that they do not oppose the Court taking judicial notice of **Exhibits A**, **B**, **C** and **D**. Plaintiff does oppose the Court taking judicial notice of **Exhibits E**, **F**, and **G**.

*/s/ Kevin C. Kostelnik*
**KEVIN C. KOSTELNIK**