# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ASHTON WHITAKER, a minor, by his
mother and next friend,
MELISSA WHITAKER,

          Plaintiff,

                                  Civ. Action No. 2:16-cv-00943

KENOSHA UNIFIED SCHOOL DISTRICT
NO. 1 BOARD OF EDUCATION and SUE
SAVAGLIO-JARVIS, in her official capacity as
Superintendent of the Kenosha Unified School District
No. 1,

          Defendants.

## EXPERT DECLARATION of Paul W Hruz, M.D., Ph.D

1.     I have been retained by counsel for Defendants as an expert in connection with the

above-captioned litigation. I have actual knowledge of the matters stated in this declaration. My

professional background, experience, and publications are detailed in my curriculum vitae, a true

and accurate copy which is attached as Exhibit A to this declaration.

2.     I received my doctor of philosophy degree from the Medical College of Wisconsin in

1993. I received my medical degree from the Medical College of Wisconsin in 1994. I am an

Associate Professor of Pediatrics in the Division of Pediatric Endocrinology and Diabetes at

Washington University School of Medicine.  I also have a secondary appointment as Associate

Professor of Cellular Biology and Physiology in the Division of Biology and Biological Sciences

at Washington University School of Medicine.  I served as chief of the Division of Pediatric

Endocrinology and Diabetes at Washington University from 2012-2017.  I served as the

Director of the Pediatric Endocrinology Fellowship Program at Washington University from 2008-2016.

3.      I am board certified in Pediatrics and Pediatric Endocrinology. I have been licensed to practice medicine in Missouri since 2000.

4.      My professional memberships include the American Academy of Pediatrics, the Pediatric Endocrine Society, the Endocrine Society, and the American Association for Biochemistry and Molecular Biology.

5.      I have extensive experience in treating infants and children with disorders of sexual development and am an active member of the multidisciplinary Disorders of Sexual Development (DSD) program at Washington University. The DSD Team at Washington University is part of the DSD-Translational Research Network, a national multi-institutional research network that investigates the genetic causes and the psychologic consequences of DSD.

6.      In the nearly 20 years that I have been in clinical practice I have participated in the care of hundreds of children with disorders of sexual development.  In the care of these patients, I have acquired expertise in the understanding and management of associated difficulties in gender identification.

7.      In my role as the director of the Division of Pediatric Endocrinology at Washington University, I have extensively studied the existing literature related to the incidence, potential etiology and treatment of gender dysphoria as efforts were made to develop a Transgender clinic at Saint Louis Children's Hospital. I have participated in local and national meetings where the endocrine care of children with gender dysphoria has been discussed and debated.  I have met individually with several pediatric endocrinologists, including Dr. Norman Spack, who have developed and led transgender programs in the United States.  I have also met with parents of

children with gender dysphoria to understand the unique difficulties experienced by this patient population.

8.      Pediatric patients referred to our practice for the evaluation and treatment of gender dysphoria are cared for by an interdisciplinary team of providers that includes a psychologist and pediatric endocrinologist who have been specifically chosen for this role based upon a special interest in this rare patient population.  Due to serious concerns regarding the safety, efficacy, and ethics of the current treatment paradigm, I have not directly engaged in hormonal treatment of patients with gender dysphoria.

9.      My opinions as detailed in this declaration are based upon my knowledge and direct professional experience in the subject matters discussed. The materials that I have relied upon are the same types of materials that other experts in my field of clinical practice rely upon when forming opinions on the subject. The documents that I have reviewed specifically related to this case are 1.) the medical records for Savanah "Ash" Whitaker (AW0124-AW0223), 2.) the transcript of the deposition of medical expert witness Danial Shumer, MD, MPH, and 3.) the defendants' answer to plaintiff's amended complaint filed on October 18, 2016.  A list of the published literature I have relied on is attached as Exhibit B to this declaration.

10.      Over my career, I have provided expert medical record review and testified at deposition in less than a dozen cases.  I have not given a deposition as an expert witness since 2012 and I have never testified at trial.

11.      I am being compensated at an hourly rate for actual time devoted, at the rate of $300 per hour.  My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I provide.

**Case Details**

████████████████████████████████████████████████

████████████████ ██ᵗʰ ████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████ ██ᵗʰ

████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████

**Basic Terminology**

13.     Biological sex is a term that specifically refers to a member of a species in relation to the member's capacity to either donate (male) or receive (female) genetic material for the purpose of reproduction. This remains the standard definition that has been accepted and used by scientists, medical personnel, and society in general.

14.     Gender, a term that had traditionally been reserved for grammatical purposes, is currently used to describe the psychologic and cultural characteristics of a person in relation to biological

sex. Gender therefore exists in reference to societal perceptions, not biology.

15.     Gender identity refers to a person's individual perception of being male or female.

16.     Sexual orientation refers to a person's arousal and desire for sexual intimacy with members of the male or female sex.

**Human sexuality in relation to fundamental biology and observed variations**

17.     Sex is genetically encoded at the moment of conception due to the presence of specific DNA sequences (i.e. genes) that direct the production of signals that influence the formation of the gonad to develop either into a testis or ovary. This genetic information is normally present on X and Y chromosomes. Chromosomal sex refers to the normal complement of X and Y chromosomes (i.e. normal human males have one X and one Y chromosome whereas normal human females have two X chromosomes). Genetic signals are mediated through the activation or deactivation of other genes and through programmed signaling of hormones and cellular transcription factors. The default pattern of development in the absence of external signaling is female. The development of the male appearance (phenotype) depends upon active signaling processes.

18.     For members of the human species, sex is normatively aligned in a binary fashion (i.e., either male or female) in relation to biologic purpose. Medical recognition of an individual as male or female is typically made at birth according to external phenotypic expression of primary sexual traits (i.e., presence of a penis for males and presence of labia and vagina for females).

19.     Due to genetic and hormonal variation in the developing fetus, normative development of the external genitalia in any individual differs with respect to size and appearance while maintaining an ability to function with respect to biologic purpose (i.e. reproduction). Internal

structures (e.g. gonad, uterus, vas deferens) normatively align with external genitalia.

20.     Reliance upon external phenotypic expression of primary sexual traits is a highly accurate means to assign biologic sex. In over 99.9% of cases, this designation will correlate with internal sexual traits and capacity for normal biologic sexual function.

**Gender Dysphoria in relation to Biological Sex**

21.     Although gender usually aligns with biological sex, some individuals experience discordance in these distinct traits. Specifically, biologic females may identify as males and biologic males may identify as females. As gender by definition is distinct from biological sex, one's gender identity does not change a person's biological sex.

22.     Individuals who experience significant distress due to discordance between gender identity and sex are considered to have "gender dysphoria". Although the prevalence of gender dysphoria has not been established by rigorous scientific analysis, estimates reported in in the DSM-V are between 0.005% to 0.014% for adult males and 0.002% to 0.003% for adult females. Thus, gender dysphoria is a rare condition. It is currently unknown whether these estimates are falsely low due to under-reporting, or if changing societal acceptance of transgenderism and the growing number of medical centers providing medical intervention for gender dysphoria affects the number of persons who identify as transgender. Recent data suggests that the number of people seeking care for gender dysphoria is increasing with some estimates as high as 4-fold.

23.     There is strong evidence against the theory that gender identity is determined at or before birth and is unchangeable. This comes from identical twin studies where siblings share genetic complements and prenatal environmental exposure but have differing gender identities.

24.     Further evidence that gender identity is not fixed comes from established peer

reviewed literature demonstrating that the vast majority (80-95%) of children who express gender dysphoria revert to a gender identity concordant with their biological sex by late adolescence. It is not known whether individuals with gender dysphoria persistence have differing etiologies or severity of precipitating factors compared to desisting individuals.



26.    The recently coined concept of "neurological sex" as a distinct entity or a basis for classifying individuals as male or female has no scientific justification. Limited emerging data has suggested structural and functional differences between brains from normal and transgender individuals. These data do not establish whether these differences are innate and fixed or acquired and malleable. The remarkable neuronal plasticity of the brain is known and has been studied extensively in gender-independent contexts related to health and disease, learning and behavior.

**Gender Ideology**

27.    The modern attempt to equate gender identity with sex is not based upon sound scientific principles but rather is based upon ideology fueled by advocacy. Although worldviews among scientists and physicians, similar to society at large, differ, science is firmly grounded in physical

reality not perception. The inherent link between human sexual biology and teleology is self-evident and fixed.

28.     The claims of proponents of transgenderism, which include opinions such as "Gender defines who one is at his/her core" and "Gender is the only true determinant of sex" must be viewed in their proper philosophical context. There is no scientific basis for redefining sex on the basis of a person's psychological sense of 'gender'.

29.     The prevailing, constant and accurate designation of sex as a biological trait grounded in the inherent purpose of male and female anatomy and as manifested in the appearance of external genitalia at birth remains the proper scientific and medical standard. Redefinition of the classification and meaning of sex based upon pathologic variation is not established medical fact.

**Potential Harm Related to Gender Dysphoria Treatments**

30.     The fundamental purpose of the practice of medicine is to treat disease and alleviate suffering. An essential tenet of medical practice is to avoid doing harm in the process. Due to the frequent lack of clear and definitive evidence on how to best accomplish this goal, treatment approaches can and do frequently differ among highly knowledgeable, competent, and caring physicians.

31.     Persons with gender dysphoria as delineated in the DSM-V experience significant psychological distress related to their condition with elevated risk of depression, suicide, and other morbidities. Thus, attempts to provide effective medical care to affected persons are clearly warranted.

32.     Efforts to effectively treat persons with gender dysphoria require respect for the inherent dignity of those affected, sensitivity to their suffering, and maintenance of objectivity in

assessing etiologies and long-term outcomes. Desistance (i.e. reversion to gender identity concordant with sex) provides the greatest lifelong benefit and is the outcome in the majority of patients and should be maintained as a desired goal. Any forced societal intervention that could interfere with the likelihood of gender dysphoria resolution is unwarranted and potentially harmful.

33.     There is an urgent need for high quality controlled clinical research trials to determine ways to develop supportive dignity affirming social environments that maintain affirmation of biological reality. To date, three approaches have been proposed for managing children with gender dysphoria. The first approach, often referred to as "conversion" or "reparative therapy", is directed toward actively supporting and encouraging children to identify with their biological sex. The second "neutral" approach, motivated by understanding of the natural history of transgender identification in children, is to neither encourage nor discourage transgender identification, recognizing that the majority of affected children if left alone will eventually realign their gender with their sex. The third "affirming" approach is to actively encourage children to embrace transgender identity with social transitioning followed by hormonal therapy.

34.     The gender affirming approach, which includes use of a child's preferred pronouns, use of sex-segregated bathrooms, other intimate facilities and sleeping accommodations corresponding to a child's gender identity, has limited scientific support for short-term alleviation of dysphoria and no long-term outcomes data demonstrating superiority over the other approaches. Claims that the other approaches have been scientifically disproven are false. Decades of research, most notably the pioneering work of Dr. Kenneth Zucker, have supported the efficacy of a more conservative approach for the majority of patients experiencing gender dysphoria.

35.     Feelings of anxiety, depression, isolation, frustration, and embarrassment are not unique to children with gender dysphoria, but rather are common to children who differ physically or psychologically from their peers. Difficulties are accentuated as children progress through the normal stages of neurocognitive and social development. In the clinical practice of pediatric endocrinology, this is most commonly seen in children with diabetes. Attempts to deny or conceal the presence of disease rather than openly acknowledge and address specific needs can have devastating consequences including death. With proper acknowledgment of the similarity and differences between children with gender dysphoria and other developmental challenges, prior experience can guide the development of effective approaches to both alleviate suffering and minimize harm to school aged children experiencing gender dysphoria.

36.     The Endocrine Society published in 2009 clinical guidelines for the treatment of patients with persistent gender dysphoria. The recommendations include temporary suppression of pubertal development of children with GnRH agonists (hormone blockers normally used for children experiencing precocious puberty) followed by hormonal treatments to induce the development of secondary sexual traits consistent with one's gender identity. This guideline was developed using the GRADE (Recommendations, Assessment, Development, and Evaluation) system for rating clinical guidelines. As directly stated in the Endocrine Society publication, "the strength of recommendations and the quality of evidence was low or very low." According to the GRADE system, low recommendations indicate "Further research is very likely to have an important impact on our confidence in the estimate of effect and is likely to change the estimate". Very low recommendations mean that "any estimate of effect is very uncertain".

37.     Clinical Practice Guidelines published by the World Professional Association for Transgender Health (WPATH), similarly, though less explicitly, acknowledge the limitation of

existing scientific data supporting their recommendations given and "the value of harm-reduction approaches".

38.     Treatment of gender dysphoric children who experience persistence of symptoms with hormones (pubertal suppression and cross-hormone therapy) carries significant risk. It is generally accepted, even by advocates of transgender hormone therapy, that hormonal treatment results in sterility which in many cases is irreversible. Emerging data also show that treated patients have lower bone density which may lead to increased fracture risk later in life. Other potential adverse effects include disfiguring acne, high blood pressure, weight gain, abnormal glucose tolerance, breast cancer, liver disease, thrombosis, and cardiovascular disease.

39.     Since strategies for the treatment of transgendered children as summarized by the Endocrine Society guidelines are relatively new, long-term outcomes are unknown. Evidence presented as support for short term reductions in psychological distress following social transition in a "gender affirming" environment remains inconclusive. When considered apart from advocacy based agendas, multiple potential confounders are evident. The most notable deficiencies of existing research are the absence of proper control subjects and lack of randomization in study design.  Although appropriate caution is warranted in extrapolating the outcomes observed from prior studies with current treatments, adults who have undergone social transition with or without surgical modification of external genitalia continue to have rates of depression, anxiety, substance abuse and suicide far above the background population.

40.     Evidence cited to support societal measures that promote or encourage gender transition, including the plaintiff's demand for use of preferred pronouns by teachers and the use of public restrooms, other intimate facilities and sleeping accommodations corresponding with the plaintiff's gender identity, as a medically necessary treatment for gender dysphoria is limited.

Recent studies reporting reductions in dysphoria following social transition of adolescent patients are small, poorly controlled and of insufficient duration to draw definitive conclusions regarding long-term efficacy. Long-term follow up of patients with gender dysphoria who have undergone social and hormonal transition with or without surgical intervention has shown persistent psychological morbidity far above non-transgendered individuals with suicide attempts 7-fold and completed suicides 19-fold above the general population.

41.     Of particular concern is the likelihood that forced societal affirmation including a requirement that the Kenosha Unified School District allow students to use sex-segregated bathrooms corresponding to gender identity rather than access to single unit facilities or provision of sleeping accommodations based upon gender identity rather than sex, will interfere with known rates of gender resolution. Any activity that encourages or perpetuates transgender persistence for those who would otherwise desist can cause significant harm, particularly in light of the current treatment paradigm for persisting individuals.  As noted, permanent sterility can be expected with hormonal or surgical disruption of normal gonadal function.  This is particularly concerning given that children are likely incapable of making informed consent to castrating treatments.

42.     Dignity affirming support for adolescents with gender dysphoria does not necessitate facilitation of a false understanding of human sexuality in schools.  Rather, policy requirements that can increase persistence of transgender identification have significant potential for inducing long-term harm to affected children.

43.     There remains a significant and unmet need to better understand the biological, psychological, and environmental basis for the manifestation of discordance of gender identity and biological sex in affected individuals.  In particular, there is a concerning lack of randomized

controlled trials comparing outcomes of youth with gender dysphoria who are provided mandated access to sex-segregated bathroom facilities corresponding with gender identity to youth provided single user facilities.  This includes understanding of how forced public encouragement of social gender transition affects the usual progression to resolution of gender dysphoria in affected children.   Such studies can be ethically designed and executed with provision of other dignity affirming measures to both treatment groups.  Without this scientific evidence, it is impossible to assert that the approach using sex-segregated bathrooms is an essential component of treatment.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____ April 26, 2017 _____

Signed: _____

      Paul W. Hruz, M.D., Ph.D

# EXHIBIT A

## Curriculum Vitae

### Paul W. Hruz, M.D., Ph.D.

Date: 04/26/2017 04:18 PM

**Personal Information**

Birthplace:   WI
Citizenship:   USA

**Address and Telephone Numbers**

University:   Washington University in St. Louis
School of Medicine
Department of Pediatrics
Endocrinology and Diabetes
660 S. Euclid

Campus Box 8208

Phone: 314-286-2797
Fax: 314-286-2892
eMail: Hruz_P@kids.wustl.edu

**Present Positions**

Associate Professor of Pediatrics, Endocrinology and Diabetes
Associate Professor of Pediatrics, Cell Biology & Physiology
Researcher, Developmental Biology

**Education and Training**

| | |
|---|---|
| 1987 | BS, Chemistry, Marquette University, Milwaukee, WI |
| 1993 | PhD, Biochemistry, Medical College of Wisconsin, Milwaukee, WI |
| 1994 | MD, Medicine, Medical College of Wisconsin, Milwaukee, WI |
| 1994 - 1997 | Pediatric Residency, University of Washington, Seattle, Washington |
| 1997 - 2000 | Pediatric Endocrinology Fellowship, Washington University, Saint Louis, MO |

**Academic Positions and Employment**

| | |
|---|---|
| 1996 - 1997 | Locum Tenens Physician, Group Health of Puget Sound Eastside Hospital, Group Health of Puget Sound Eastside Hospital, Seattle , WA |
| 2000 - 2003 | Instructor in Pediatrics, Endocrinology and Diabetes, Washington University in St. Louis, St. Louis, MO |
| 2003 - 2011 | Assistant Professor of Pediatrics, Endocrinology and Diabetes, Washington University in St. Louis, St. Louis, MO |
| 2004 - 2011 | Assistant Professor of Pediatrics, Cell Biology & Physiology, Washington University in St. Louis, St. Louis, MO |
| 2011 - Pres | Associate Professor of Pediatrics, Cell Biology & Physiology, Washington University in St. Louis, St. Louis, MO |
| 2011 - Pres | Associate Professor of Pediatrics, Endocrinology and Diabetes, Washington University in St. Louis, St. Louis, MO |
| 2012 - 2017 | Division Chief, Endocrinology and Diabetes, Washington University in St. Louis, St. Louis, MO |

**Appointments and Committees**

NIH Study Sections

| | |
|---|---|
| 2005 | NIH- NIDDK Special Emphasis Panel ZDK1 GRB-6 |
| 2009 | NIH- ACE Competitive Revisions ZRG1 AARR-H (95) S |
| 2009 | NIH- AIDS and AIDS Related Research IRG |
| 2011 | NIH- Pediatric Endocrinologist K12 ZDK1 GRB-C |
| 2014 | NIH- Special Empahsis Panel ZRG1 BBBPY 58 |
| 2014 | NIH- AIDS and AIDS Related Research IRG |
| 2015 | NIH- Cardiovascular and Respiratory Sciences Special Emphasis Panel ZDK1 GRB-J (02) |
| 2015 | NIH- NIDDK Special Emphasis Panel ZRG1 CVRS-Q (80) |
| 2016 | NIH Special Emphasis Panel ZRG1 AAR-M |
| 2016 | American Diabetes Association Research Grant Review Committee |

University Affiliations

| | |
|---|---|
| 2008 - 2016 | Director, Pediatric Endocrinology & Diabetes Fellowship Program |
| 2010 - Pres | Pediatric Computing Facility Advisory Committee |
| 2012 - 2017 | Director, Division of Pediatric Endocrinology & Diabetes |
| 2012 - Pres | Disorders of Sexual Development Multidisciplinary Care Program |
| 2013 - Pres | Molecular Cell Biology Graduate Student Admissions Committee |
| 2014 - Pres | Research Consultant, ICTS Research Forum - Child Health |
| 2014 - Pres | Director, Pediatric Diabetes Research Consortium |

Hospital Affiliations

| | |
|---|---|
| 2000 - Pres | Attending Physician, St. Louis Children's Hospital |

Thesis Committees (*Chair)    Advisor

| | | |
|---|---|---|
| 2008 - 2011 | Kelly Diggs-Andrews | Simon Fisher |
| 2008 - 2010 | Irwin Puentes | Simon Fisher |
| 2008 - 2010 | Tony Frovola | Kelle Moley |
| 2009 - 2010 | Lauren Flessner | Kelle Moley |
| 2010 - 2012 | Katie Boehle | Kelle Moley |
| 2010 - 2013 | Candace Reno | Simon Fisher |
| 2011 - 2016 | Thomas Kraft | Paul Hruz |
| 2013 - 2015 | Chi Lun Pui | Audrey Odom |
| 2013 - 2016 | Leah Imlay | Audey Odom |
| 2014 - Pres | Anne Robinson | Katie Henzler-Wildman |
| 2015 - Pres | Allyson Mayer | Brian DeBosch |

Scholarship Oversight Committees

| | |
|---|---|
| 2013 - 2016 | Brittany Knipsein (Advisor: David Rudnick) |
| 2016 - Pres | Pamela Smith (Advisor: Michael Whyte) |

**Licensure and Certifications**

| | |
|---|---|
| 1997 - Pres | Board Certified in General Pediatrics |
| 2000 - Pres | MO Stae License #2000155004 |
| 2001 - Pres | Board Certified in Pediatric Endocrinology & Metabolism |

**Honors and Awards**

| | |
|---|---|
| 1987 | National Institute of Chemists Research and Recognition Award |
| 1987 | Phi Beta Kappa |
| 1987 | Phi Lambda Upsilon (Honorary Chemical Society) |
| 1988 | American Heart Association Predoctoral Fellowship Award |
| 1994 | Alpha Omega Alpha |
| 1994 | Armond J. Quick Award for Excellence in Biochemistry |
| 1994 | NIDDK/Diabetes Branch Most Outstanding Resident |
| 1998 | Pfizer Postdoctoral Fellowship Award |
| 2002 | Scholar, Child Health Research Center of Excellence in Developmental Biology at Washington University |
| 2013 | Julio V Santiago, M.D. Scholar in Pediatrics |

**Editorial Responsibilities**

Editorial Ad Hoc Reviews

|  | AIDS |
|--|------|
|  | AIDS Research and Human Retroviruses |
|  | American Journal of Pathology |
|  | American Journal of Physiology |
|  | British Journal of Pharmacology |
|  | Circulation Research |
|  | Clinical Pharmacology & Therapeutics |
|  | Comparative Biochemistry and Physiology |
|  | Diabetes |
|  | Experimental Biology and Medicine |
|  | Future Virology |
|  | Journal of Antimicrobial Chemotherapy |
|  | Journal of Clinical Endocrinology & Metabolism |
|  | Journal of Molecular and Cellular Cardiology |
|  | Obesity Research |
| 2000 - Pres | Journal of Biological Chemistry |
| 2013 - Pres | PlosOne |
| 2016 - Pres | Scientific Reports |

Editorial Boards

| 2014 - Pres | Endocrinology and Metabolism Clinics of North America |
|--|--|

**Professional Societies and Organizations**

| 1992 - 2004 | American Medical Association |
|--|--|
| 1994 - 2005 | American Academy of Pediatrics |
| 1995 - 2014 | American Association for the Advancement of Science |
| 1998 - Pres | American Diabetes Association |
| 1998 - Pres | Endocrine Society |
| 1999 - Pres | Pediatric Endocrine Society |
| 2004 - Pres | American Society for Biochemistry and Molecular Biology |
| 2004 - Pres | Society for Pediatric Research |
| 2004 - 2007 | American Chemical Society |
| 2005 - Pres | Full Fellow of the American Academy of Pediatrics |
| 2013 - Pres | International Society for Pediatric and Adolescent Diabetes |

**Major Invited Professorships and Lectures**

| 2002 | St. Louis Children's Hospital, Pediatric Grand Rounds, St. Louis, MO |
|--|--|
| 2004 | National Disease Research Interchange, Human Islet Cell Research Conference, Philadelphia, PA |
| 2004 | NIDA-NIH Sponsored National Meeting on Hormones, Drug Abuse and Infections, Bethesda, MD |
| 2005 | The Collaborative Institute of Virology, Complications Committee Meeting, Boston, MA |
| 2005 | University of Indiana, Endocrine Grand Rounds, Indianapolis, IN |
| 2006 | Metabolic Syndrome Advisory Board Meeting, Bristol-Meyers Squibb, Pennington, NJ |
| 2007 | American Heart Association and American Academy of HIV Medicine State of the Science Conference: Initiative to Decrease Cardiovascular Risk and Increase Quality of Care for Patients Living with HIV/AIDS, Chicago, IL |
| 2007 | Medical College of Wisconsin, MSTP Annual Visiting Alumnus Lecture, Milwaukee, WI |
| 2007 | St Louis Children's Hospital, Pediatric Grand Rounds, St Louis, MO |
| 2007 | University of Arizona, Minority Access to Research Careers Seminar, Tucson AZ |
| 2008 | Boston University, Division of Endocrinology, Diabetes and Nutrition, Boston, MA |
| 2009 | St Louis Children's Hospital, Pediatric Grand Rounds, St Louis, MO |
| 2010 | American Diabetes Association Scientific Sessions, Symposium Lecture Orlando, FL |
| 2010 | University of Missouri Kansas City, School of Biological Sciences, Kansas City, MO |
| 2011 | Life Cycle Management Advisory Board Meeting, Bristol-Myers Squibb, Chicago, IL |
| 2013 | St Louis Children's Hospital, Pediatric Grand Rounds, St Louis MO |
| 2013 | St Louis Children's Hosptial CPU Lecture, St Louis MO |
| 2014 | Pediatric Academic Societies Meeting, Vancouver, Canada, May 5, 2014 |
| 2014 | American Diabetes Association 74th Scientific Sessions, San Francisco, CA, June 13, 2014 |
| 2017 | University of Michigan, Division of Pediatric Endocrinology, Ann Arbor MI |

**Consulting Relationships and Board Memberships**

1996 - 2012   Consultant, Bristol Myers Squibb
1997 - 2012   Consultant, Gilead Sciences

**Research Support**

**Non-Governmental Support**

(Hruz)
Gilead Pharma
Novel HIV Protease Inhibitors and GLUT4

MHII-2017-593 (DeBosch)                                                    2/1/2017- 1/31/2020
CDI
Prevention And Treatment Of Hepatic Steatosis Through Selective Targeting Of GLUT8

**Completed Support**

II (Hruz)                                                                  2/1/2012- 1/31/2015
CDI
Solution-State NMR Structure and Dynamics of Facilitative Glucose Transport Proteins

R01 (Hruz)                                                                 9/20/2009- 5/31/2014
NIH
Direct Effects of Antiretroviral Therapy on Cardiac Energy Homeostasis
The goal of this project is to characterize the influence of antiretroviral therapies on myocardial energy homeostasis and to
elucidate how these changes in substrate delivery adversely affect cardiac function in the stressed heart.

Research Program (Hruz)                                                    6/1/2009- 5/31/2012
MOD
Regulation of GLUT4 Intrinsic Activity
The major goals of this project are to investigate the ability of the GLUT4 tethering protein TUG and an UBL-domain containing
N-terminal fragment of this protein to alter the intrinsic activity of the insulin responsive facilitative glucose transporter, to
determine whether protein ubiquitination influences this association, and to characterize the role of the GLUT4 binding site on
the modulation of glucose transport.

R01 (Hruz)                                                                 4/1/2007- 1/31/2012
NIH
Mechanisms for Altered Glucose Homeostasis During HAART
The goal of this project is to identify the cellular targets of HIV protease inhibitors that lead to peripheral insulin resistance,
impaired beta-cell function, and alterations in hepatic glucose production and to elucidate the molecular mechanisms of these
effects.

R01 Student Supp (Hruz)                                                    6/10/2009- 8/31/2011
NIH
Mechanisms for Altered Glucose Homeostasis During HAART
The goal of this project is to identify the cellular targets of HIV protease inhibitors that lead to peripheral insulin resistance,
impaired beta-cell function, and alterations in hepatic glucose production and to elucidate the molecular mechanisms of these
effects.

(Hruz)                                                                     3/9/2010- 6/8/2011
Bristol-Myers Squibb
Protective Effect of Saxagliptin on a Progressive Deterioration of Cardiovascular Function

II (Hruz)                                                                  2/1/2008- 1/31/2011
CDI
Insulin Resistance and Myocardial Glucose Metabolism in Pediatric Heart Failure

**Past Trainees**

| | |
|---|---|
| 2014 - 2014 | David Hannibal, Clinical Research Trainee |
| 2005 - 2005 | Dominic Doran, DSc, Postdoctoral Fellow |
| | Study area: HIV Protease Inhibitor Effects on Exercize Tolerance |
| 2002 - 2010 | Joseph Koster, PhD, Postdoctoral Fellow |
| | Study area: Researcher |
| 2010 - 2014 | Lauren Flessner, PhD, Postdoctoral Fellow |
| | Present position: Instructor, Syracuse University |
| 2008 - 2011 | Arpita Vyas, MD, Clinical Fellow |
| | Study area: Research |
| | Present position: Assistant Professor, Michigan State University, Lansing MI |
| 2008 - 2009 | Candace Reno, Graduate Student |
| | Study area: Research |
| | Present position: Research Associate, University of Utah |
| 2005 - 2005 | Helena Johnson, Graduate Student |
| 2007 - 2008 | Kai-Chien Yang, Graduate Student |
| | Study area: Research |
| | Present position: Postdoctoral Research Associate, University of Chicago |
| 2007 - 2007 | Paul Buske, Graduate Student |
| | Study area: Research |
| 2006 - 2006 | Ramon Jin, Graduate Student |
| | Study area: Research |
| 2009 - 2009 | Stephanie Scherer, Graduate Student |
| | Study area: Research |
| 2006 - 2006 | Taekyung Kim, Graduate Student |
| | Study area: Research |
| 2008 - 2008 | Temitope Aiyejorun, Graduate Student |
| | Study area: Research |
| 2011 - 2016 | Thomas Kraft, Graduate Student |
| | Study area: Glucose transporter structure/function |
| | Present position: Postdoctoral Fellow, Roche, Penzberg, Germany |
| 2005 - 2005 | Jeremy Etzkorn, Medical Student |
| | Study area: Researcher |
| 2003 - 2004 | Johann Hertel, Medical Student |
| | Study area: Research |
| | Present position: Assistant Professor, University of North Carolina, Chapel Hill, NC |
| 2003 - 2003 | John Paul Shen, Medical Student |
| | Study area: Research |
| 2007 - 2007 | Randy Colvin, Medical Student |
| | Study area: Researcher |
| 2011 - 2011 | Amanda Koenig- High School Student, Other |
| | Study area: Research |
| 2009 - 2009 | Anne-Sophie Stolle- Undergraduate Student, Other |
| | Study area: Research |
| 2004 - 2005 | Carl Cassel- High School Student, Other |
| | Study area: Research |
| 2004 - 2004 | Christopher Hawkins- Undergraduate Student, Other |
| | Study area: Researcher |
| 2010 - 2010 | Constance Haufe- Undergraduate Student, Other |
| | Study area: Researcher |
| 2010 - 2011 | Corinna Wilde- Undergraduate Student, Other |
| | Study area: Researcher |
| 2008 - 2012 | Dennis Woo- Undergraduate Student, Other |
| | Study area: Researcher |
| | Present position: MSTP Student, USC, Los Angeles CA |
| 2007 - 2007 | Jan Freiss- Undergraduate Student, Other |
| | Study area: Researcher |
| 2004 - 2004 | Kaiming Wu- High School Student, Other |
| | Study area: Research |
| 2011 - 2012 | Lisa Becker- Undergraduate Student, Other |
| 2009 - 2009 | Matthew Hruz- High School Student, Other |
| | Study area: Research |
| | Present position: Computer Programmer, Consumer Affairs, Tulsa OK |
| 2011 - 2011 | Melissa Al-Jaoude- High School Students, Other |
| 2002 - 2002 | Nishant Raj- Undergraduate Student, Other |
| | Study area: Researcher |
| 2010 - 2010 | Samuel Lite- High School Student, Other |
| | Study area: Research |

**Clinical Responsibilities**

|  | General Pediatrician, General Pediatric Ward Attending: 2-4 weeks per year, St. Louis Children's Hospital |
|---|---|
| Pres | Pediatric Endocrinologist, Endocrinology Night Telephone Consult Service: Average of 2-6 weeks/per yr, St. Louis Children's Hosptial |
| Pres | Pediatric Endocrinologist, Inpatient Endocrinology Consult Service: 4-6 weeks per year, St. Louis Children's Hospital |
| Pres | Pediatric Endocrinologist, Outpatient Endocrinology Clinic: Approximately 50 patient visits per month, St. Louis Children's Hospital |

**Teaching Responsibilities**

|  | Facilitator, Cell Biology Graduate Student Journal Club, 4 hour/year |
|---|---|
|  | Facilitator, Discussion: Pituitary, Growth & Gonadal Cases, 2 hours/year |
| 2000 - Pres | Lecturer, Medical Student Growth Lecture (Women and Children's Health Rotation): Variable |
| 2000 - Pres | Lecturer, Metabolism Clinical Rounds/Research Seminar: Presentations twice yearly |
| 2000 - Pres | Lecturer, Pediatric Endocrinology Journal Club: Presentations yearly |
| 2009 - Pres | Lecturer, Markey Course-Diabetes Module |
| 2009 - Pres | Facilitator, Medical Student Endocrinology and Metabolism Course, Small group |
| 2009 - Pres | Facilitator, Biology 5011- Ethics and Research Science, 6 hours/year |
| 2016 - Pres | Facilitator, Medical Student Endocrinology and Metabolism Course, Small group |
| 2016 - Pres | Lecturer, Cell Signaling Course, Diabetes module, 3 hours/year |

**Publications**

1. Hruz PW, Narasimhan C, Miziorko HM. 3-Hydroxy-3-methylglutaryl coenzyme A lyase: affinity labeling of the Pseudomonas mevalonii enzyme and assignment of cysteine-237 to the active site. *Biochemistry*. 1992;31(29):6842-7. PMID:1637819

2. Hruz PW, Miziorko HM. Avian 3-hydroxy-3-methylglutaryl-CoA lyase: sensitivity of enzyme activity to thiol/disulfide exchange and identification of proximal reactive cysteines. *Protein Sci*. 1992;1(9):1144-53. doi:10.1002/pro.5560010908 PMCID:PMC2142181 PMID:1304393

3. Mitchell GA, Robert MF, Hruz PW, Wang S, Fontaine G, Behnke CE, Mende-Mueller LM, Schappert K, Lee C, Gibson KM, Miziorko HM. 3-Hydroxy-3-methylglutaryl coenzyme A lyase (HL). Cloning of human and chicken liver HL cDNAs and characterization of a mutation causing human HL deficiency. *J Biol Chem*. 1993;268(6):4376-81. PMID:8440722

4. Hruz PW, Anderson VE, Miziorko HM. 3-Hydroxy-3-methylglutaryldithio-CoA: utility of an alternative substrate in elucidation of a role for HMG-CoA lyase's cation activator. *Biochim Biophys Acta*. 1993;1162(1-2):149-54. PMID:8095409

5. Roberts JR, Narasimhan C, Hruz PW, Mitchell GA, Miziorko HM. 3-Hydroxy-3-methylglutaryl-CoA lyase: expression and isolation of the recombinant human enzyme and investigation of a mechanism for regulation of enzyme activity. *J Biol Chem*. 1994;269(27):17841-6. PMID:8027038

6. Hruz PW, Mueckler MM. Cysteine-scanning mutagenesis of transmembrane segment 7 of the GLUT1 glucose transporter. *J Biol Chem*. 1999;274(51):36176-80. PMID:10593902

7. Murata H, Hruz PW, Mueckler M. The mechanism of insulin resistance caused by HIV protease inhibitor therapy. *J Biol Chem*. 2000;275(27):20251-4. doi:10.1074/jbc.C000228200 PMID:10806189

8. Hruz PW, Mueckler MM. Cysteine-scanning mutagenesis of transmembrane segment 11 of the GLUT1 facilitative glucose transporter. *Biochemistry*. 2000;39(31):9367-72. PMID:10924131

9. Hruz PW, Mueckler MM. Structural analysis of the GLUT1 facilitative glucose transporter (review). *Mol Membr Biol*. 2001;18(3):183-93. PMID:11681785

10. Hruz PW, Murata H, Mueckler M. Adverse metabolic consequences of HIV protease inhibitor therapy: the search for a central mechanism. *Am J Physiol Endocrinol Metab*. 2001;280(4):E549-53. PMID:11254460

11. Murata H, Hruz PW, Mueckler M. Investigating the cellular targets of HIV protease inhibitors: implications for metabolic disorders and improvements in drug therapy. *Curr Drug Targets Infect Disord*. 2002;2(1):1-8. PMID:12462148

12. Hruz PW, Murata H, Qiu H, Mueckler M. Indinavir induces acute and reversible peripheral insulin resistance in rats. *Diabetes*. 2002;51(4):937-42. PMID:11916910

13. Murata H, Hruz PW, Mueckler M. Indinavir inhibits the glucose transporter isoform Glut4 at physiologic concentrations. *AIDS*. 2002;16(6):859-63. PMID:11919487

14. Koster JC, Remedi MS, Qiu H, Nichols CG, Hruz PW. HIV protease inhibitors acutely impair glucose-stimulated insulin release. *Diabetes*. 2003;52(7):1695-700. PMCID:PMC1403824 PMID:12829635

15. Liao Y, Shikapwashya ON, Shteyer E, Dieckgraefe BK, Hruz PW, Rudnick DA. Delayed hepatocellular mitotic progression and impaired liver regeneration in early growth response-1-deficient mice. *J Biol Chem*. 2004;279(41):43107-16. doi:10.1074/jbc.M407969200 PMID:15265859

16. Shteyer E, Liao Y, Muglia LJ, Hruz PW, Rudnick DA. Disruption of hepatic adipogenesis is associated with impaired liver regeneration in mice. *Hepatology*. 2004;40(6):1322-32. doi:10.1002/hep.20462 PMID:15565660

17. Hertel J, Struthers H, Horj CB, Hruz PW. A structural basis for the acute effects of HIV protease inhibitors on GLUT4 intrinsic activity. *J Biol Chem*. 2004;279(53):55147-52. doi:10.1074/jbc.M410826200 PMCID:PMC1403823 PMID:15496402

18. Yan Q, Hruz PW. Direct comparison of the acute in vivo effects of HIV protease inhibitors on peripheral glucose disposal. *J Acquir Immune Defic Syndr*. 2005;40(4):398-403. PMCID:PMC1360159 PMID:16280693

19. Hruz PW. Molecular Mechanisms for Altered Glucose Homeostasis in HIV Infection. *Am J Infect Dis*. 2006;2(3):187-192. PMCID:PMC1716153 PMID:17186064

20. Turmelle YP, Shikapwashya O, Tu S, Hruz PW, Yan Q, Rudnick DA. Rosiglitazone inhibits mouse liver regeneration. *FASEB J.* 2006;20(14):2609-11. doi:10.1096/fj.06-6511fje PMID:17077279

21. Hruz PW, Yan Q. Tipranavir without ritonavir does not acutely induce peripheral insulin resistance in a rodent model. *J Acquir Immune Defic Syndr.* 2006;43(5):624-5. doi:10.1097/01.qai.0000245883.66509.b4 PMID:17133213

22. Hruz PW, Yan Q, Struthers H, Jay PY. HIV protease inhibitors that block GLUT4 precipitate acute, decompensated heart failure in a mouse model of dilated cardiomyopathy. *FASEB J.* 2008;22(7):2161-7. doi:10.1096/fj.07-102269 PMID:18256305

23. Hruz PW. HIV protease inhibitors and insulin resistance: lessons from in-vitro, rodent and healthy human volunteer models. *Curr Opin HIV AIDS.* 2008;3(6):660-5. doi:10.1097/COH.0b013e3283139134 PMCID:PMC2680222 PMID:19373039

24. Flint OP, Noor MA, Hruz PW, Hylemon PB, Yarasheski K, Kotler DP, Parker RA, Bellamine A. The role of protease inhibitors in the pathogenesis of HIV-associated lipodystrophy: cellular mechanisms and clinical implications. *Toxicol Pathol.* 2009;37(1):65-77. doi:10.1177/0192623308327119 PMCID:PMC3170409 PMID:19171928

25. Tu P, Bhasin S, Hruz PW, Herbst KL, Castellani LW, Hua N, Hamilton JA, Guo W. Genetic disruption of myostatin reduces the development of proatherogenic dyslipidemia and atherogenic lesions in Ldlr null mice. *Diabetes.* 2009;58(8):1739-48. doi:10.2337/db09-0349 PMCID:PMC2712781 PMID:19509018

26. Guo W, Wong S, Pudney J, Jasuja R, Hua N, Jiang L, Miller A, Hruz PW, Hamilton JA, Bhasin S. Acipimox, an inhibitor of lipolysis, attenuates atherogenesis in LDLR-null mice treated with HIV protease inhibitor ritonavir. *Arterioscler Thromb Vasc Biol.* 2009;29(12):2028-32. doi:10.1161/ATVBAHA.109.191304 PMCID:PMC2783673 PMID:19762785

27. Vyas AK, Koster JC, Tzekov A, Hruz PW. Effects of the HIV protease inhibitor ritonavir on GLUT4 knock-out mice. *J Biol Chem.* 2010;285(47):36395-400. doi:10.1074/jbc.M110.176321 PMCID:PMC2978568 PMID:20864532

28. Gazit V, Weymann A, Hartman E, Finck BN, Hruz PW, Tzekov A, Rudnick DA. Liver regeneration is impaired in lipodystrophic fatty liver dystrophy mice. *Hepatology.* 2010;52(6):2109-17. doi:10.1002/hep.23920 PMCID:PMC2991544 PMID:20967828

29. Hresko RC, Hruz PW. HIV protease inhibitors act as competitive inhibitors of the cytoplasmic glucose binding site of GLUTs with differing affinities for GLUT1 and GLUT4. *PLoS One.* 2011;6(9):e25237. doi:10.1371/journal.pone.0025237 PMCID:PMC3179492 PMID:21966466

30. Vyas AK, Yang KC, Woo D, Tzekov A, Kovacs A, Jay PY, Hruz PW. Exenatide improves glucose homeostasis and prolongs survival in a murine model of dilated cardiomyopathy. *PLoS One.* 2011;6(2):e17178. doi:10.1371/journal.pone.0017178 PMCID:PMC3040766 PMID:21359201

31. Hruz PW, Yan Q, Tsai L, Koster J, Xu L, Cihlar T, Callebaut C. GS-8374, a novel HIV protease inhibitor, does not alter glucose homeostasis in cultured adipocytes or in a healthy-rodent model system. *Antimicrob Agents Chemother.* 2011;55(4):1377-82. doi:10.1128/AAC.01184-10 PMCID:PMC3067185 PMID:21245443

32. Hruz PW. Molecular mechanisms for insulin resistance in treated HIV-infection. *Best Pract Res Clin Endocrinol Metab.* 2011;25(3):459-68. doi:10.1016/j.beem.2010.10.017 PMCID:PMC3115529 PMID:21663839

33. Remedi MS, Agapova SE, Vyas AK, Hruz PW, Nichols CG. Acute sulfonylurea therapy at disease onset can cause permanent remission of KATP-induced diabetes. *Diabetes.* 2011;60(10):2515-22. doi:10.2337/db11-0538 PMCID:PMC3178299 PMID:21813803

34. Aerni-Flessner L, Abi-Jaoude M, Koenig A, Payne M, Hruz PW. GLUT4, GLUT1, and GLUT8 are the dominant GLUT transcripts expressed in the murine left ventricle. *Cardiovasc Diabetol.* 2012;11:63. doi:10.1186/1475-2840-11-63 PMCID:PMC3416696 PMID:22681646

35. Vyas AK, Aerni-Flessner LB, Payne MA, Kovacs A, Jay PY, Hruz PW. Saxagliptin Improves Glucose Tolerance but not Survival in a Murine Model of Dilated Cardiomyopathy. *Cardiovasc Endocrinol.* 2012;1(4):74-82. doi:10.1097/XCE.0b013e32835bfb24 PMCID:PMC3686315 PMID:23795310

36. Hresko RC, Kraft TE, Tzekov A, Wildman SA, Hruz PW. Isoform-selective inhibition of facilitative glucose transporters: elucidation of the molecular mechanism of HIV protease inhibitor binding. *J Biol Chem.* 2014;289(23):16100-16113. doi:10.1074/jbc.M113.528430 PMCID:PMC4047383 PMID:24706759

37. Hruz PW. HIV and endocrine disorders. *Endocrinol Metab Clin North Am.* 2014;43(3):xvii-xviii. PMID:25169571

38. Mishra RK, Wei C, Hresko RC, Bajpai R, Heitmeier M, Matulis SM, Nooka AK, Rosen ST, Hruz PW, Schiltz GE, Shanmugam M. In Silico Modeling-based Identification of Glucose Transporter 4 (GLUT4)-selective Inhibitors for Cancer Therapy. *J Biol Chem.* 2015;290(23):14441-53. doi:10.1074/jbc.M114.628826 PMID:25847249

39. Kraft TE, Hresko RC, Hruz PW. Expression, purification, and functional characterization of the insulin-responsive facilitative glucose transporter GLUT4. *Protein Sci.* 2015. doi:10.1002/pro.2812 PMID:26402434

40. Kraft TE, Armstrong C, Heitmeier MR, Odom AR, Hruz PW. The Glucose Transporter PfHT1 Is an Antimalarial Target of the HIV Protease Inhibitor Lopinavir. *Antimicrob Agents Chemother.* 2015;59(10):6203-9. doi:10.1128/AAC.00899-15 PMCID:PMC4576095 PMID:26248369

41. Hruz PW. Commentary. *Clin Chem.* 2015;61(12):1444. PMID:26614228

42. DeBosch BJ, Heitmeier MR, Mayer AL, Higgins CB, Crowley JR, Kraft TE, Chi M, Newberry EP, Chen Z, Finck BN, Davidson NO, Yarasheski KE, Hruz PW, Moley KH. Trehalose inhibits solute carrier 2A (SLC2A) proteins to induce autophagy and prevent hepatic steatosis. *Sci Signal.* 2016;9(416):ra21. doi:10.1126/scisignal.aac5472 PMID:26905426

43. Hresko RC, Kraft TE, Quigley A, Carpenter EP, Hruz PW. Mammalian Glucose Transporter Activity is Dependent upon Anionic and Conical Phospholipids. *J Biol Chem.* 2016. doi:10.1074/jbc.M116.730168 PMID:27302065

44. Kraft TE, Heitmeier MR, Putanko M, Edwards RL, Ilagan MX, Payne MA, Autry JM, Thomas DD, Odom AR, Hruz PW. A Novel Fluorescence Resonance Energy Transfer-Based Screen in High-Throughput Format To Identify Inhibitors of Malarial and Human Glucose Transporters. *Antimicrob Agents Chemother.* 2016;60(12):7407-7414. PMCID:PMC5119023 PMID:27736766

45. Mayer AL, Higgins CB, Heitmeier MR, Kraft TE, Qian X, Crowley JR, Hyrc KL, Beatty WL, Yarasheski KE, Hruz PW, DeBosch BJ. SLC2A8 (GLUT8) is a mammalian trehalose transporter required for trehalose-induced autophagy. *Sci Rep.* 2016;6:38586. PMCID:PMC5138640 PMID:27922102

46. Edwards, R, Brothers RC, Wang X, Maron MI, Tsang PS, Kraft TE, Hruz PW, Williamson KC, Dowd CS, Odom John AR. MEPicides: potent antimalarial prodrugs targeting isoprenoid biosynthesis *Sci Rep.* 2016;Submitted.

47. Shanmugam M, Heitmeier MR, Hruz PW and Schiltz G. Development of selective GLUT4 antagonists for treating multiple myeloma *J Med Chem*. 2016;Submitted.

**Invited Publications**

1. Hruz PW, Mueckler MM. Structural analysis of the GLUT1 facilitative glucose transporter (review). *Mol Membr Biol*. 2001;18(3):183-93. PMID: 11681785

2. Hruz PW, Murata H, Mueckler M. Adverse metabolic consequences of HIV protease inhibitor therapy: the search for a central mechanism. *Am J Physiol Endocrinol Metab*. 2001;280(4):E549-53. PMID: 11254460

3. Murata H, Hruz PW, Mueckler M. Investigating the cellular targets of HIV protease inhibitors: implications for metabolic disorders and improvements in drug therapy. *Curr Drug Targets Infect Disord*. 2002;2(1):1-8. PMID: 12462148

4. Hruz PW. Molecular Mechanisms for Altered Glucose Homeostasis in HIV Infection. *Am J Infect Dis*. 2006;2(3):187-192. PMCID: PMC1716153 PMID: 17186064

5. Grunfeld C, Kotler DP, Arnett DK, Falutz JM, Haffner SM, Hruz P, Masur H, Meigs JB, Mulligan K, Reiss P, Samaras K, Working Group 1. Contribution of metabolic and anthropometric abnormalities to cardiovascular disease risk factors. *Circulation*. 2008;118(2):e20-8. PMCID: PMC3170411 PMID: 18566314

6. Hruz PW. HIV protease inhibitors and insulin resistance: lessons from in-vitro, rodent and healthy human volunteer models. *Curr Opin HIV AIDS*. 2008;3(6):660-5. PMCID: PMC2680222 PMID: 19373039

7. Flint OP, Noor MA, Hruz PW, Hylemon PB, Yarasheski K, Kotler DP, Parker RA, Bellamine A. The role of protease inhibitors in the pathogenesis of HIV-associated lipodystrophy: cellular mechanisms and clinical implications. *Toxicol Pathol*. 2009;37(1):65-77. PMCID: PMC3170409 PMID: 19171928

8. Hruz PW. Molecular mechanisms for insulin resistance in treated HIV-infection. *Best Pract Res Clin Endocrinol Metab*. 2011;25(3):459-68. PMCID: PMC3115529 PMID: 21663839

9. Hruz PW. HIV and endocrine disorders. *Endocrinol Metab Clin North Am*. 2014;43(3): xvii–xviii. PMID: 25169571

10. Hruz PW. Commentary. *Clin Chem*. 2015;61(12):1444. PMID: 26614228

**Book Chapters (most recent editions)**

1. Henderson KE, Baranski TJ, Bickel PE, Clutter PE, Clutter WE, McGill JB. Endocrine Disorders in HIV/AIDS. In: *The Washington Manual Endocrinology Subspecialty Consult* Philadelphia, PA: Lippincott Williams and Wilkins; 2008:321-328.

# EXHIBIT B

## Exhibit B

1. Aitken, M., T.D. Steensma, R. Blanchard, D.P. VanderLaan, H. Wood, A. Fuentes, C. Spegg, L. Wasserman, et al., *Evidence for an altered sex ratio in clinic-referred adolescents with gender dysphoria.* J Sex Med, 2015. **12**(3): p. 756-63.
2. Aitken, M., D.P. VanderLaan, L. Wasserman, S. Stojanovski, and K.J. Zucker, *Self-Harm and Suicidality in Children Referred for Gender Dysphoria.* J Am Acad Child Adolesc Psychiatry, 2016. **55**(6): p. 513-20.
3. Beek, T.F., B.P. Kreukels, P.T. Cohen-Kettenis, and T.D. Steensma, *Partial Treatment Requests and Underlying Motives of Applicants for Gender Affirming Interventions.* J Sex Med, 2015. **12**(11): p. 2201-5.
4. Blanchard, R., K.J. Zucker, P.T. Cohen-Kettenis, L.J. Gooren, and J.M. Bailey, *Birth order and sibling sex ratio in two samples of Dutch gender-dysphoric homosexual males.* Arch Sex Behav, 1996. **25**(5): p. 495-514.
5. Blom, R.M., R.C. Hennekam, and D. Denys, *Body integrity identity disorder.* PLoS One, 2012. **7**(4): p. e34702. PMCID: PMC3326051.
6. Bradley, S.J., R. Blanchard, S. Coates, R. Green, S.B. Levine, H.F. Meyer-Bahlburg, I.B. Pauly, and K.J. Zucker, *Interim report of the DSM-IV Subcommittee on Gender Identity Disorders.* Arch Sex Behav, 1991. **20**(4): p. 333-43.
7. Bradley, S.J., B. Steiner, K. Zucker, R.W. Doering, J. Sullivan, J.K. Finegan, and M. Richardson, *Gender identity problems of children and adolescents: the establishment of a special clinic.* Can Psychiatr Assoc J, 1978. **23**(3): p. 175-83.
8. Bradley, S.J. and K.J. Zucker, *Gender identity disorder and psychosexual problems in children and adolescents.* Can J Psychiatry, 1990. **35**(6): p. 477-86.
9. Bradley, S.J. and K.J. Zucker, *Gender identity disorder: a review of the past 10 years.* J Am Acad Child Adolesc Psychiatry, 1997. **36**(7): p. 872-80.
10. Buu, A., A. Dabrowska, M. Mygrants, L.I. Puttler, J.M. Jester, and R.A. Zucker, *Gender differences in the developmental risk of onset of alcohol, nicotine, and marijuana use and the effects of nicotine and marijuana use on alcohol outcomes.* J Stud Alcohol Drugs, 2014. **75**(5): p. 850-8. PMCID: PMC4161704.
11. Cohen-Kettenis, P.T., A. Owen, V.G. Kaijser, S.J. Bradley, and K.J. Zucker, *Demographic characteristics, social competence, and behavior problems in children with gender identity disorder: a cross-national, cross-clinic comparative analysis.* J Abnorm Child Psychol, 2003. **31**(1): p. 41-53.
12. Cohen-Kettenis, P.T., S.E. Schagen, T.D. Steensma, A.L. de Vries, and H.A. Delemarre-van de Waal, *Puberty suppression in a gender-dysphoric adolescent: a 22-year follow-up.* Arch Sex Behav, 2011. **40**(4): p. 843-7. PMCID: PMC3114100.
13. Cohen-Kettenis, P.T., T.D. Steensma, and A.L. de Vries, *Treatment of adolescents with gender dysphoria in the Netherlands.* Child Adolesc Psychiatr Clin N Am, 2011. **20**(4): p. 689-700.
14. Cohen-Kettenis, P.T., M. Wallien, L.L. Johnson, A.F. Owen-Anderson, S.J. Bradley, and K.J. Zucker, *A parent-report Gender Identity Questionnaire for Children: A cross-national, cross-clinic comparative analysis.* Clin Child Psychol Psychiatry, 2006. **11**(3): p. 397-405.
15. Curran, G.M., S.F. Stoltenberg, E.M. Hill, S.A. Mudd, F.C. Blow, and R.A. Zucker, *Gender differences in the relationships among SES, family history of alcohol disorders and alcohol dependence.* J Stud Alcohol, 1999. **60**(6): p. 825-32.
16. Daniolos, P.T., *Gender identity: on being versus wishing.* J Am Acad Child Adolesc Psychiatry, 2013. **52**(6): p. 569-71.

17.    Davis, G., *Normalizing Intersex: The Transformative Power of Stories.* Narrat Inq Bioeth, 2015. **5**(2): p. 87-9.

18.    de Vries, A.L., T.A. Doreleijers, T.D. Steensma, and P.T. Cohen-Kettenis, *Psychiatric comorbidity in gender dysphoric adolescents.* J Child Psychol Psychiatry, 2011. **52**(11): p. 1195-202.

19.    de Vries, A.L., J.K. McGuire, T.D. Steensma, E.C. Wagenaar, T.A. Doreleijers, and P.T. Cohen-Kettenis, *Young adult psychological outcome after puberty suppression and gender reassignment.* Pediatrics, 2014. **134**(4): p. 696-704.

20.    de Vries, A.L., T.D. Steensma, P.T. Cohen-Kettenis, D.P. VanderLaan, and K.J. Zucker, *Poor peer relations predict parent- and self-reported behavioral and emotional problems of adolescents with gender dysphoria: a cross-national, cross-clinic comparative analysis.* Eur Child Adolesc Psychiatry, 2016. **25**(6): p. 579-88. PMCID: PMC4889630.

21.    de Vries, A.L., T.D. Steensma, T.A. Doreleijers, and P.T. Cohen-Kettenis, *Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study.* J Sex Med, 2011. **8**(8): p. 2276-83.

22.    Dhejne, C., P. Lichtenstein, M. Boman, A.L. Johansson, N. Langstrom, and M. Landen, *Long-term follow-up of transsexual persons undergoing sex reassignment surgery: cohort study in Sweden.* PLoS One, 2011. **6**(2): p. e16885. PMCID: PMC3043071.

23.    Drummond, K.D., S.J. Bradley, M. Peterson-Badali, and K.J. Zucker, *A follow-up study of girls with gender identity disorder.* Dev Psychol, 2008. **44**(1): p. 34-45.

24.    Durwood, L., K.A. McLaughlin, and K.R. Olson, *Mental Health and Self-Worth in Socially Transitioned Transgender Youth.* J Am Acad Child Adolesc Psychiatry, 2017. **56**(2): p. 116-123 e2. PMCID: PMC5302003.

25.    Endo, Y., G.B. Aharonoff, J.D. Zuckerman, K.A. Egol, and K.J. Koval, *Gender differences in patients with hip fracture: a greater risk of morbidity and mortality in men.* J Orthop Trauma, 2005. **19**(1): p. 29-35.

26.    Fang, A., N.L. Matheny, and S. Wilhelm, *Body dysmorphic disorder.* Psychiatr Clin North Am, 2014. **37**(3): p. 287-300.

27.    First, M.B. and C.E. Fisher, *Body integrity identity disorder: the persistent desire to acquire a physical disability.* Psychopathology, 2012. **45**(1): p. 3-14.

28.    Fridell, S.R., K.J. Zucker, S.J. Bradley, and D.M. Maing, *Physical attractiveness of girls with gender identity disorder.* Arch Sex Behav, 1996. **25**(1): p. 17-31.

29.    Gu, J. and R. Kanai, *What contributes to individual differences in brain structure?* Front Hum Neurosci, 2014. **8**: p. 262. PMCID: PMC4009419.

30.    Guss, C.E., D.N. Williams, S.L. Reisner, S.B. Austin, and S.L. Katz-Wise, *Disordered Weight Management Behaviors, Nonprescription Steroid Use, and Weight Perception in Transgender Youth.* J Adolesc Health, 2017. **60**(1): p. 17-22.

31.    Hembree, W.C., P. Cohen-Kettenis, H.A. Delemarre-van de Waal, L.J. Gooren, W.J. Meyer, 3rd, N.P. Spack, V. Tangpricha, V.M. Montori, et al., *Endocrine treatment of transsexual persons: an Endocrine Society clinical practice guideline.* J Clin Endocrinol Metab, 2009. **94**(9): p. 3132-54.

32.    Heylens, G., G. De Cuypere, K.J. Zucker, C. Schelfaut, E. Elaut, H. Vanden Bossche, E. De Baere, and G. T'Sjoen, *Gender identity disorder in twins: a review of the case report literature.* J Sex Med, 2012. **9**(3): p. 751-7.

33.    Jurgensen, M., E. Kleinemeier, A. Lux, T.D. Steensma, P.T. Cohen-Kettenis, O. Hiort, U. Thyen, and D.S.D.N.W. Group, *Psychosexual development in children with disorder of sex development (DSD)--results from the German Clinical Evaluation Study.* J Pediatr Endocrinol Metab, 2010. **23**(6): p. 565-78.

34.    King, C.D., *The Meaning of Normal.* Yale J Biol Med, 1945. **17**(3): p. 493-501. PMCID: PMC2601549.

35. Korte, A., U. Lehmkuhl, D. Goecker, K.M. Beier, H. Krude, and A. Gruters-Kieslich, *Gender identity disorders in childhood and adolescence: currently debated concepts and treatment strategies.* Dtsch Arztebl Int, 2008. **105**(48): p. 834-41. PMCID: PMC2697020.

36. Kranz, G.S., A. Hahn, U. Kaufmann, M. Kublbock, A. Hummer, S. Ganger, R. Seiger, D. Winkler, et al., *White matter microstructure in transsexuals and controls investigated by diffusion tensor imaging.* J Neurosci, 2014. **34**(46): p. 15466-75. PMCID: PMC4699258.

37. Kreukels, B.P. and P.T. Cohen-Kettenis, *Puberty suppression in gender identity disorder: the Amsterdam experience.* Nat Rev Endocrinol, 2011. **7**(8): p. 466-72.

38. Kuhn, A., C. Bodmer, W. Stadlmayr, P. Kuhn, M.D. Mueller, and M. Birkhauser, *Quality of life 15 years after sex reassignment surgery for transsexualism.* Fertil Steril, 2009. **92**(5): p. 1685-1689 e3.

39. Lawrence, A.A., *Clinical and theoretical parallels between desire for limb amputation and gender identity disorder.* Arch Sex Behav, 2006. **35**(3): p. 263-78.

40. Lee, P.A., A. Nordenstrom, C.P. Houk, S.F. Ahmed, R. Auchus, A. Baratz, K. Baratz Dalke, L.M. Liao, et al., *Global Disorders of Sex Development Update since 2006: Perceptions, Approach and Care.* Horm Res Paediatr, 2016. **85**(3): p. 158-80.

41. Leibowitz, S.F. and N.P. Spack, *The development of a gender identity psychosocial clinic: treatment issues, logistical considerations, interdisciplinary cooperation, and future initiatives.* Child Adolesc Psychiatr Clin N Am, 2011. **20**(4): p. 701-24.

42. Levine, S.B., *Ethical Concerns About Emerging Treatment Paradigms for Gender Dysphoria.* Journal of Sex & Marital Therapy, 2017: p. 1-16.

43. Mayer, L.S. and P.R. McHugh, *Sexuality and Gender: Findings from the Biological, Psychological, and Social Sciences.* New Atlantis, 2016. **50**: p. 1-117.

44. McDermid, S.A., K.J. Zucker, S.J. Bradley, and D.M. Maing, *Effects of physical appearance on masculine trait ratings of boys and girls with gender identity disorder.* Arch Sex Behav, 1998. **27**(3): p. 253-67.

45. Moore, E., A. Wisniewski, and A. Dobs, *Endocrine treatment of transsexual people: a review of treatment regimens, outcomes, and adverse effects.* J Clin Endocrinol Metab, 2003. **88**(8): p. 3467-73.

46. Mustanski, B.S., R. Garofalo, and E.M. Emerson, *Mental health disorders, psychological distress, and suicidality in a diverse sample of lesbian, gay, bisexual, and transgender youths.* Am J Public Health, 2010. **100**(12): p. 2426-32. PMCID: PMC2978194.

47. Olson, J., C. Forbes, and M. Belzer, *Management of the transgender adolescent.* Arch Pediatr Adolesc Med, 2011. **165**(2): p. 171-6.

48. Olson, K.R., L. Durwood, M. DeMeules, and K.A. McLaughlin, *Mental Health of Transgender Children Who Are Supported in Their Identities.* Pediatrics, 2016. **137**(3): p. e20153223. PMCID: PMC4771131.

49. Olson-Kennedy, J., P.T. Cohen-Kettenis, B.P. Kreukels, H.F. Meyer-Bahlburg, R. Garofalo, W. Meyer, and S.M. Rosenthal, *Research priorities for gender nonconforming/transgender youth: gender identity development and biopsychosocial outcomes.* Curr Opin Endocrinol Diabetes Obes, 2016. **23**(2): p. 172-9. PMCID: PMC4807860.

50. Pasterski, V., K.J. Zucker, P.C. Hindmarsh, I.A. Hughes, C. Acerini, D. Spencer, S. Neufeld, and M. Hines, *Increased Cross-Gender Identification Independent of Gender Role Behavior in Girls with Congenital Adrenal Hyperplasia: Results from a Standardized Assessment of 4- to 11-Year-Old Children.* Arch Sex Behav, 2015. **44**(5): p. 1363-75.

51. Perrin, E., N. Smith, C. Davis, N. Spack, and M.T. Stein, *Gender variant and gender dysphoria in two young children.* J Dev Behav Pediatr, 2010. **31**(2): p. 161-4.

52. Reisner, S.L., R. Vetters, M. Leclerc, S. Zaslow, S. Wolfrum, D. Shumer, and M.J. Mimiaga, *Mental health of transgender youth in care at an adolescent urban community*

*health center: a matched retrospective cohort study.* J Adolesc Health, 2015. **56**(3): p. 274-9. PMCID: PMC4339405.

53. Ristori, J. and T.D. Steensma, *Gender dysphoria in childhood.* Int Rev Psychiatry, 2016. **28**(1): p. 13-20.

54. Schwarz, K., A.M. Fontanari, A. Mueller, B. Soll, D.C. da Silva, J. Salvador, K.J. Zucker, M.A. Schneider, et al., *Neural Correlates of Psychosis and Gender Dysphoria in an Adult Male.* Arch Sex Behav, 2016. **45**(3): p. 761-5.

55. Shumer, D.E., N.J. Nokoff, and N.P. Spack, *Advances in the Care of Transgender Children and Adolescents.* Adv Pediatr, 2016. **63**(1): p. 79-102. PMCID: PMC4955762.

56. Shumer, D.E. and N.P. Spack, *Current management of gender identity disorder in childhood and adolescence: guidelines, barriers and areas of controversy.* Curr Opin Endocrinol Diabetes Obes, 2013. **20**(1): p. 69-73.

57. Shumer, D.E. and N.P. Spack, *Paediatrics: Transgender medicine--long-term outcomes from 'the Dutch model'.* Nat Rev Urol, 2015. **12**(1): p. 12-3. PMCID: PMC4349440.

58. Singh, D., S. McMain, and K.J. Zucker, *Gender identity and sexual orientation in women with borderline personality disorder.* J Sex Med, 2011. **8**(2): p. 447-54.

59. Spack, N., *Transgenderism.* Med Ethics (Burlingt Mass), 2005. **12**(3): p. 1-2, 12.

60. Spack, N.P., *Management of transgenderism.* JAMA, 2013. **309**(5): p. 478-84.

61. Steensma, T.D., R. Biemond, F. de Boer, and P.T. Cohen-Kettenis, *Desisting and persisting gender dysphoria after childhood: a qualitative follow-up study.* Clin Child Psychol Psychiatry, 2011. **16**(4): p. 499-516.

62. Steensma, T.D. and P.T. Cohen-Kettenis, *Gender transitioning before puberty?* Arch Sex Behav, 2011. **40**(4): p. 649-50.

63. Steensma, T.D. and P.T. Cohen-Kettenis, *More than two developmental pathways in children with gender dysphoria?* J Am Acad Child Adolesc Psychiatry, 2015. **54**(2): p. 147-8.

64. Steensma, T.D., B.P. Kreukels, A.L. de Vries, and P.T. Cohen-Kettenis, *Gender identity development in adolescence.* Horm Behav, 2013. **64**(2): p. 288-97.

65. Steensma, T.D., J.K. McGuire, B.P. Kreukels, A.J. Beekman, and P.T. Cohen-Kettenis, *Factors associated with desistence and persistence of childhood gender dysphoria: a quantitative follow-up study.* J Am Acad Child Adolesc Psychiatry, 2013. **52**(6): p. 582-90.

66. Tishelman, A.C., R. Kaufman, L. Edwards-Leeper, F.H. Mandel, D.E. Shumer, and N.P. Spack, *Serving Transgender Youth: Challenges, Dilemmas and Clinical Examples.* Prof Psychol Res Pr, 2015. **46**(1): p. 37-45. PMCID: PMC4719579.

67. Trumbull, D., M.A. Cretella, and M. Grossman, *Puberty is not a disorder.* Pediatrics, 2015. **135**(5): p. e1366.

68. van de Grift, T.C., P.T. Cohen-Kettenis, T.D. Steensma, G. De Cuypere, H. Richter-Appelt, I.R. Haraldsen, R.E. Dikmans, S.C. Cerwenka, et al., *Body Satisfaction and Physical Appearance in Gender Dysphoria.* Arch Sex Behav, 2016. **45**(3): p. 575-85. PMCID: PMC4778147.

69. VanderLaan, D.P., R. Blanchard, H. Wood, L.C. Garzon, and K.J. Zucker, *Birth weight and two possible types of maternal effects on male sexual orientation: a clinical study of children and adolescents referred to a Gender Identity Service.* Dev Psychobiol, 2015. **57**(1): p. 25-34.

70. Vanderlaan, D.P., R. Blanchard, H. Wood, and K.J. Zucker, *Birth order and sibling sex ratio of children and adolescents referred to a gender identity service.* PLoS One, 2014. **9**(3): p. e90257. PMCID: PMC3961213.

71. VanderLaan, D.P., J.H. Leef, H. Wood, S.K. Hughes, and K.J. Zucker, *Autism spectrum disorder risk factors and autistic traits in gender dysphoric children.* J Autism Dev Disord, 2015. **45**(6): p. 1742-50.

72.     VanderLaan, D.P., L. Postema, H. Wood, D. Singh, S. Fantus, J. Hyun, J. Leef, S.J. Bradley, et al., *Do children with gender dysphoria have intense/obsessional interests?* J Sex Res, 2015. **52**(2): p. 213-9.

73.     Vrouenraets, L.J., A.M. Fredriks, S.E. Hannema, P.T. Cohen-Kettenis, and M.C. de Vries, *Early Medical Treatment of Children and Adolescents With Gender Dysphoria: An Empirical Ethical Study.* J Adolesc Health, 2015. **57**(4): p. 367-73.

74.     Wallien, M.S. and P.T. Cohen-Kettenis, *Psychosexual outcome of gender-dysphoric children.* J Am Acad Child Adolesc Psychiatry, 2008. **47**(12): p. 1413-23.

75.     Wood, H., S. Sasaki, S.J. Bradley, D. Singh, S. Fantus, A. Owen-Anderson, A. Di Giacomo, J. Bain, et al., *Patterns of referral to a gender identity service for children and adolescents (1976-2011): age, sex ratio, and sexual orientation.* J Sex Marital Ther, 2013. **39**(1): p. 1-6.

76.     Yang, S., J.A. Cranford, R. Li, R.A. Zucker, and A. Buu, *A time-varying effect model for studying gender differences in health behavior.* Stat Methods Med Res, 2015. PMCID: PMC4860169.

77.     Zucker, K.J., *Gender identity disorder in the DSM-IV.* J Sex Marital Ther, 1999. **25**(1): p. 5-9.

78.     Zucker, K.J., *Evaluation of sex- and gender-assignment decisions in patients with physical intersex conditions: a methodological and statistical note.* J Sex Marital Ther, 2002. **28**(3): p. 269-74.

79.     Zucker, K.J., *Intersexuality and gender identity differentiation.* J Pediatr Adolesc Gynecol, 2002. **15**(1): p. 3-13.

80.     Zucker, K.J., *Gender identity development and issues.* Child Adolesc Psychiatr Clin N Am, 2004. **13**(3): p. 551-68, vii.

81.     Zucker, K.J., *Gender identity disorder in children and adolescents.* Annu Rev Clin Psychol, 2005. **1**: p. 467-92.

82.     Zucker, K.J., *On the "natural history" of gender identity disorder in children.* J Am Acad Child Adolesc Psychiatry, 2008. **47**(12): p. 1361-3.

83.     Zucker, K.J., *The DSM diagnostic criteria for gender identity disorder in children.* Arch Sex Behav, 2010. **39**(2): p. 477-98.

84.     Zucker, K.J., *Reports from the DSM-V Work Group on sexual and gender identity disorders.* Arch Sex Behav, 2010. **39**(2): p. 217-20.

85.     Zucker, K.J., *DSM-5: call for commentaries on gender dysphoria, sexual dysfunctions, and paraphilic disorders.* Arch Sex Behav, 2013. **42**(5): p. 669-74.

86.     Zucker, K.J., N. Beaulieu, S.J. Bradley, G.M. Grimshaw, and A. Wilcox, *Handedness in boys with gender identity disorder.* J Child Psychol Psychiatry, 2001. **42**(6): p. 767-76.

87.     Zucker, K.J., S.J. Bradley, D.N. Ben-Dat, C. Ho, L. Johnson, and A. Owen, *Psychopathology in the parents of boys with gender identity disorder.* J Am Acad Child Adolesc Psychiatry, 2003. **42**(1): p. 2-4.

88.     Zucker, K.J., S.J. Bradley, R.W. Doering, and J.A. Lozinski, *Sex-typed behavior in cross-gender-identified children: stability and change at a one-year follow-up.* J Am Acad Child Psychiatry, 1985. **24**(6): p. 710-9.

89.     Zucker, K.J., S.J. Bradley, and H.E. Hughes, *Gender dysphoria in a child with true hermaphroditism.* Can J Psychiatry, 1987. **32**(7): p. 602-9.

90.     Zucker, K.J., S.J. Bradley, M. Kuksis, K. Pecore, A. Birkenfeld-Adams, R.W. Doering, J.N. Mitchell, and J. Wild, *Gender constancy judgments in children with gender identity disorder: evidence for a developmental lag.* Arch Sex Behav, 1999. **28**(6): p. 475-502.

91.     Zucker, K.J., S.J. Bradley, A. Owen-Anderson, S.J. Kibblewhite, and J.M. Cantor, *Is gender identity disorder in adolescents coming out of the closet?* J Sex Marital Ther, 2008. **34**(4): p. 287-90.

92.  Zucker, K.J., S.J. Bradley, A. Owen-Anderson, S.J. Kibblewhite, H. Wood, D. Singh, and K. Choi, *Demographics, behavior problems, and psychosexual characteristics of adolescents with gender identity disorder or transvestic fetishism.* J Sex Marital Ther, 2012. **38**(2): p. 151-89.

93.  Zucker, K.J., S.J. Bradley, and M. Sanikhani, *Sex differences in referral rates of children with gender identity disorder: some hypotheses.* J Abnorm Child Psychol, 1997. **25**(3): p. 217-27.

94.  Zucker, K.J., S.J. Bradley, C.B. Sullivan, M. Kuksis, A. Birkenfeld-Adams, and J.N. Mitchell, *A gender identity interview for children.* J Pers Assess, 1993. **61**(3): p. 443-56.

95.  Zucker, K.J., J.K. Finegan, R.W. Doering, and S.J. Bradley, *Two subgroups of gender-problem children.* Arch Sex Behav, 1984. **13**(1): p. 27-39.

96.  Zucker, K.J., R. Green, S. Coates, B. Zuger, P.T. Cohen-Kettenis, G.M. Zecca, V. Lertora, J. Money, et al., *Sibling sex ratio of boys with gender identity disorder.* J Child Psychol Psychiatry, 1997. **38**(5): p. 543-51.

97.  Zucker, K.J., R. Green, C. Garofano, S.J. Bradley, K. Williams, H.M. Rebach, and C.B. Sullivan, *Prenatal gender preference of mothers of feminine and masculine boys: relation to sibling sex composition and birth order.* J Abnorm Child Psychol, 1994. **22**(1): p. 1-13.

98.  Zucker, K.J., A.A. Lawrence, and B.P. Kreukels, *Gender Dysphoria in Adults.* Annu Rev Clin Psychol, 2016. **12**: p. 217-47.

99.  Zucker, K.J. and H. Wood, *Assessment of gender variance in children.* Child Adolesc Psychiatr Clin N Am, 2011. **20**(4): p. 665-80.

100.  Zucker, K.J., H. Wood, L. Wasserman, D.P. VanderLaan, and M. Aitken, *Increasing Referrals for Gender Dysphoria.* J Adolesc Health, 2016. **58**(6): p. 693-4.