# EXHIBIT G

Page 1

1                UNITED STATES DISTRICT COURT
                          FOR THE
2                MIDDLE DISTRICT OF FLORIDA
3

DREW ADAMS, a minor,      )
4                         )
          Plaintiff,      )
5                         )
     vs.                  )Civil Action
6                         )No.3:17-cv-00739-TJC-JBT
THE SCHOOL BOARD OF ST.   )
7  JOHNS COUNTY, FLORIDA,   )
                          )
8          Defendant.     )
9
10
11
12          TELEPHONIC DEPOSITION OF KIM G. HUTTON
13             Taken on behalf of Defendant
14                  December 5, 2017
15       (Starting time of the deposition:  3:00 p.m.)
16
17
18
19
20
21
22
23
24
25

Page 2

1          I N D E X   O F   E X A M I N A T I O N

2

3                                                    Page

4    Questions by Mr. Harmon ........................   5

5    Questions by Mr. Gonzalez-Pagan .................  49

6

7            (No exhibits were marked.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1              UNITED STATES DISTRICT COURT
                        FOR THE
2            MIDDLE DISTRICT OF FLORIDA

3

DREW ADAMS, a minor,     )
4                        )
          Plaintiff,     )
5                        )
     vs.                 )Civil Action
6                        )No.3:17-cv-00739-TJC-JBT
THE SCHOOL BOARD OF ST. )
7 JOHNS COUNTY, FLORIDA,  )
                         )
8          Defendants.   )

9

10          TELEPHONIC DEPOSITION OF WITNESS, KIM G.
11 HUTTON, produced, sworn, and examined on the 5th day
12 of December, 2017, between the hours of nine o'clock
13 in the forenoon and six o'clock in the evening of that
14 day, at the offices of Veritext Legal Solutions, 515
15 Olive Street, Suite 300, St. Louis, Missouri before
16 BRENDA ORSBORN, a Certified Court Reporter within and
17 for the State of Missouri, in a certain cause now
18 pending in the United States District Court for the
19 Middle District of Florida, wherein Drew Adams, a
20 minor, is the Plaintiff and The School Board of St.
21 Johns County, Florida is the Defendant.

22

23

24

25

Page 4

1                    A P P E A R A N C E S
2           For the Plaintiff:
3           Mr. Omar Gonzalez-Pagan
            Lambda Legal
4           120 Wall Street
            New York, New York 10005
5           (212) 809-8585
            ogonzalez-pagan@lambdalegal.org
6
7
8           For the Defendant:
9           Mr. Terry Harmon (via phone)
            Sniffen & Spellman, P.A.
10          123 North Monroe Street
            Tallahassee, Florida 32301
11          (850) 205-1996
            tharmon@sniffenlaw.com
12
13
14          The Court Reporter:
15          Ms. Brenda Orsborn, RPR/CSR/CCR
            Missouri CCR No. 914
16          Illinois CSR No. 084-003460
            Veritext Legal Solutions
17          515 Olive Street, Suite 300
            St. Louis, Missouri 63101
18          (888) 391-3376
19
20
21
22
23
24
25

Page 5

1          IT IS HEREBY STIPULATED AND AGREED, by and

2     between Counsel For Plaintiff and Counsel for

3     Defendant that the TELEPHONIC DEPOSITION OF KIM G.

4     HUTTON, may be taken in shorthand by Brenda Orsborn, a

5     Certified Court Reporter, and afterwards transcribed

6     into typewriting; and the signature of the witness is

7     expressly not waived.

8                    *   *   *   *   *

9                    KIM G. HUTTON,

10    of lawful age, being produced, sworn and examined on

11    behalf of the Defendant, deposes and says:

12                         EXAMINATION

13    QUESTIONS BY MR. HARMON:

14         Q.    Good afternoon, Ms. Hutton.  My name is

15    Terry Harmon, and I am an attorney for the St. John's

16    County School Board.  I know we've never talked or met

17    before, but is it possible, and I know because I'm

18    appearing telephonically, other than the court

19    reporter and Ms. Hutton and Mr. Gonzalez-Pagan, is

20    there anyone else in the room?

21         A.    No, there's not.

22         Q.    Okay.  Okay.  I just wanted to make sure.

23         A.    Uh-huh.

24         Q.    Ms. Hutton, have you ever been deposed

25    before?

Page 21

1    center in St. Louis.

2            And that's how that happened.  Dr. Hruz

3    e-mailed me -- it's either the same day or the next

4    day, and invited me to lunch.

5        Q.    Where did you go -- did you end up going to

6    lunch?

7        A.    We did.

8        Q.    Where did you go?

9        A.    At the Wild Flower in the Central West End.

10       Q.    And what -- you said it was in 2013?

11       A.    Yes.

12       Q.    Do you recall what month?

13       A.    October.

14       Q.    Okay.  Was anybody else at the lunch?

15       A.    No.

16       Q.    Do you recall approximately how long the

17   lunch was?

18       A.    Maybe 45 minutes.

19       Q.    Was your conversation recorded?

20       A.    No.

21       Q.    I guess, to your knowledge, you may not

22   know, right?

23       A.    To my knowledge.  I did not record it.

24       Q.    Okay.  What -- what did you -- when you were

25   going to have that lunch with Dr. Hruz, what was the

Page 22

1   purpose of it, in your mind?

2       A.   Well, the e-mail that he sent me stated that

3   he wanted to meet to -- I think he kind of positioned

4   it as wanting to learn more about this experience, and

5   he shared that he -- he was well aware that Dr. Abby

6   Hollander was working with me, or that I had

7   approached her about starting a pediatric gender

8   center inside the hospital, and that he was having

9   great difficulty being open to that concept based on

10  his morals.

11          He said that he did not -- part of the note

12  I remember said something about he did not agree with

13  the -- the recommended standards of care, or something

14  like that, for our children, that he didn't believe

15  that it was appropriate medically or spirit -- or that

16  it -- or that it wouldn't meet their spiritual needs,

17  or something like that.

18          And so I realized -- I realized -- I felt

19  like it was going to be not a great meeting, but I was

20  still willing to meet with him because I felt that

21  maybe, you know, the parent perspective could be

22  helpful to him.

23      Q.   Now, was that document, was that in an

24  e-mail that he conveyed that information to you?

25      A.   Yes.

Page 23

1      Q.   Do you still have that e-mail?

2      A.   I do.

3      Q.   Okay.  Have you shown that e-mail to counsel

4  in the room?

5      A.   I did.

6      Q.   Do you have it with you now?

7      A.   I don't.

8      Q.   Okay.  To the best of your knowledge, can

9  you tell me everything, aside from what you've already

10 told me, that that e-mail says in it?

11     A.   Those -- those were the sticking points for

12 me, because I found it very odd that he would be

13 talking about faith or morals or spiritual needs in

14 the context of this conversation.  It was not -- I

15 talk to many medical professionals in my work with

16 TransParent, and it's the first time that somebody was

17 so overtly upfront that it was problematic due to

18 their faith on some -- at least on some level.  So I

19 can't remember it.  It wasn't -- it was longer --

20 the -- the note was longer than that, but those were

21 the points that have stuck out with me.

22     Q.   Okay.  Other than that e-mail, do you have

23 any other document that reflects communication you

24 have had with Dr. Hruz?

25     A.   There's -- I mean, after he e-mailed me, I

1    e-mailed him and told him that I, you know, was very

2    excited to meet with him, although I was -- you know,

3    I think I expressed some disappointment because

4    Dr. Spack had shared that he was, you know, I guess

5    against a pediatric gender center at St. Louis

6    Children's Hospital and -- but that, you know, I

7    was -- I would be very happy to have the conversation

8    or something like that.  And then he e-mailed me back

9    and said, "Thank you for responding so quickly," and

10   he would have his secretary reach out to me to set a

11   date and time.

12       Q.   Okay.  So this meeting that you were going

13   to have with him that ended up being a lunch, was any

14   part of that meeting in the context of receiving

15   medical care, opinions or services?

16       A.   No.

17       Q.   Okay.  Were you going to learn anything from

18   Dr. Hruz you would personally use with you or your

19   family members when it comes to treatment for any type

20   of disorders?

21       A.   No.

22       Q.   Was it just to learn about Dr. Hruz's

23   position on the pediatric gender center at the

24   Washington University?

25       A.   Well, he called the meeting, so I -- I --

Page 25

1    again, I really wanted to go, because I understood

2    that he had a lot of influence on whether or not the

3    center moved forward.  And I had been talking with

4    other doctors and people on their DSD team at

5    St. Louis Children's Hospital about moving this

6    forward, but it really had stalled.

7             And so I -- I just felt like being the head

8    of Endocrine, that he would have a lot of influence

9    over that decision.  And so for me, that is why I

10   wanted to go and meet with him, to see if I could say

11   anything that would might make -- that might make him

12   more interested in doing something like that.

13        Q.   So would you characterize this as a business

14   meeting?

15        A.   Not really.  I'm -- not really.  I guess --

16   I guess --

17        Q.   Were you hoping to come away from that

18   meeting with some type of support from Dr. Hruz for

19   the establishment of the pediatric gender center?

20        A.   I guess I just felt like all of the

21   treatment for our kids was going through a person that

22   reported to Dr. Hruz.  And so I guess I felt like he

23   may not have enough information to support it or not

24   support it.  He wasn't seeing any of our kids.

25   There -- there were only a handful of our kids at the

1  time.

2          You know, this is four years ago before

3  everything really opened up in St. Louis as far as

4  treatment and care for kids.  But I just understood

5  that he -- and especially since he had already said in

6  his e-mail that he didn't support the center, I guess

7  I was hopeful that the parent perspective might be

8  helpful.

9      Q.   Okay.  Now, did I understand you to say that

10 you were aware that Dr. Hruz was providing treatment

11 to your -- when you say "our kids," are you referring

12 to TransParent --

13     A.   Yes.

14     Q.   -- members' kids?

15     A.   Yes.

16     Q.   Okay.  So to your knowledge, as of 2013, to

17 your knowledge, was Dr. Hruz treating transgender

18 children?

19     A.   He was not, that I -- to my knowledge.

20     Q.   Okay.  So in terms of that -- that lunch

21 meeting, can you tell me everything you can remember

22 from the meeting?

23     A.   Yes.

24          MR. GONZALEZ-PAGAN:  Form.

25     Q.   (By Mr. Harmon) Well, let me ask it a

Page 27

1   different way.  Can you tell me, to the best of your

2   recollection, everything Dr. Hruz said to you during

3   the lunch meeting?

4           MR. GONZALEZ-PAGAN:  Form.  You can answer.

5           THE WITNESS:  Oh.

6   Q.   (By Mr. Harmon) Yeah, you can answer.

7   A.   Yeah.  So after, you know, introducing

8   ourselves I started off with trying to tell him a

9   little bit about my family and our experience, but

10  I -- I really didn't get very far.  He interrupted me

11  fairly quickly, probably within a minute or so, two

12  minutes tops, and said that he had reviewed my

13  brochure from TransParent and that he knew that my aim

14  was to normalize the transgender experience, but that

15  it would never be a normal experience.  It was not a

16  normal experience, and it would never be normal.

17          We went on to talk more about, you know,

18  his -- he -- he actually started talking about Pope

19  John Paul II's writings on gender and -- and how they

20  explain God's plan for gender, and that I should

21  consider reading them.  And he said, you know, this

22  idea that -- the idea of doing surgeries on

23  transgender people is -- is wrong, that, you know, we

24  should not be, you know, changing bodies.

25          And I said -- I -- I argued with him on that

1    point that, you know, there are men that have man

2    boobs, and I said they have theirs surgically removed

3    or altered.  And I said wouldn't that be the same

4    thing, and -- and why is that okay, but not removing

5    the breast for a transgender boy, and he said,

6    "Because male breasts aren't used for anything, but

7    female breasts lactate and provide nourishment to

8    babies.  So, therefore, it would be -- it would go

9    against, you know, God's plan to remove breasts from

10   women."  Something -- something very close that.

11          He said several times during this

12   conversation, as I tried to tell him, you know, how

13   hard it was for my child living a transgender life,

14   you know, but that -- but what a great -- what a great

15   son I've had since I allowed him to transition, how

16   happy he was.  And he said that, you know, what a -- I

17   kept saying, "What a normal life -- like if you met my

18   son, you would never know.  He's a very normal little

19   boy."

20          And he kept saying, he kept insisting that

21   my child was not normal and would never be normal.

22   And he said that to me at least three or four times

23   during our conversation.

24          He said -- and -- and at the same time he

25   just kept saying, "If only you would read Pope John

Page 29

```
 1    Paul II's writings.  If only you would read them, you
 2    would understand everything."  And I said, "Well, you
 3    know, the Bible tells a story about, you know, man
 4    was -- woman was created from the rib of man," and I
 5    said, "You know, maybe this all started with Adam and
 6    Eve because God took a rib from a woman -- or from a
 7    man and put it into women, and maybe he crossed that
 8    DNA, you know, at the very beginning, and maybe that's
 9    why we have transgender people."
10            He said -- he got very irritated with me,
11    and he said, "Not all the stories in the Bible are
12    true."
13            And I said, "Well, then how do you decide
14    which ones you're going to believe and which ones
15    you're not?  How do you determine that, like, which
16    ones you follow and which ones you don't follow?"
17            And he -- he reverted right back to -- he
18    goes, "You just need to read Pope John Paul II's
19    writings on gender.  It will -- it will explain it all
20    to you."
21            And I said, "Do you realize that kids like
22    mine are at a 41 percent risk of suicide if they don't
23    have acceptance and -- and care from their parents
24    and -- and if they don't get their medical needs met?"
25            And he said, "Some children are born in this
```

Page 30

1    world to suffer and die."  And he said, "Do you think
2    I don't ask myself all the time why some people get
3    cancer?"  He goes, "I -- I ask myself that all the
4    time."
5            And I said, "Well, people with cancer, at
6    least we try to help them.  At least we give them
7    care."  And I think the conversation ended shortly
8    after that, and he stood up, and he said, "I -- I have
9    to tell you there will never be a pediatric gender
10   center at St. Louis Children's Hospital.  I won't
11   allow it."  And I --
12       Q.   Did he say why?
13       A.   Pardon me?
14       Q.   Did he say why he would not allow it?
15       A.   Well, based on every -- no, he did not say
16   why.  That's how he ended the conversation, but my
17   interpretation would have been based on everything
18   we -- he had just shared with me that he was in
19   disagreement from -- based on his faith.
20       Q.   Did he ever say that he would not allow a
21   gender center because of his faith?
22       A.   He did not.
23       Q.   Okay.  That was your interpretation of --
24       A.   Yes.
25       Q.   -- what the conversation was?

1          A.   I am.

2          Q.   How are you aware of what his position is

3    now?

4          A.   I saw a -- some papers that he's publishing,

5    and I understand that he is involved in other cases

6    involving students, so Internet searches.

7          Q.   Did your conversation with Dr. Hruz anger

8    you?

9          A.   My conversation?

10         Q.   Yes.

11         A.   It -- it perplexed me.  I found --

12         Q.   Why did it perplex you?

13         A.   Again, because it was so religious-based.

14   I -- I was very taken off guard by the religious tone

15   of the conversation, because I -- I figured it would

16   at least be based on science.  He would have some

17   science behind his feelings over children like mine,

18   but that is not what I heard in our conversation at

19   all.

20         Q.   So your conversation with Dr. Hruz, is it

21   fair to say that it was based on religion and moral

22   viewpoints as opposed to science?

23         A.   Yes.

24              MR. GONZALEZ-PAGAN:  Form.

25         Q.   (By Mr. Harmon) What was the answer?