## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**DREW ADAMS, a minor, by and through
his next friend and mother, ERICA
ADAMS KASPER,**

     **Plaintiff,**

**v.**                               **Case No.: 3:17-cv-00739-TJC-JBT**

**THE SCHOOL BOARD OF ST. JOHNS
COUNTY, FLORIDA,**

     **Defendant.**

_____/

### DEFENDANT'S NOTICE OF FILING ITS SECOND AMENDED FINAL RULE 26(a)(3) PRETRIAL DISCLOSURES

#### *Amended to Omit Exhibit 60 and Add Exhibit 253 Only*

Defendant, **the School Board of St. Johns County, Florida,** pursuant to Rule 26(a)(3)

of the Federal Rules of Civil Procedure, M.D. Fla. Loc. R. 3.06, and agreement of the parties,

hereby gives notice of filing the following Rule 26(a)(3) pretrial disclosures:

**I.**    **RULE 26(a)(3)(A)(i) and (ii): IDENTIFICATION OF WITNESSES**

      **a.**  <u>Witnesses Defendant Expects to Call</u>
          1.  James (Tim) Forson
          2.  Frank D. Upchurch, III, Esq.
          3.  Cathy Mittelstadt
          4.  Sallyanne Smith
          5.  Kyle Dresback
          6.  Lisa Kunze
          7.  Dr. Allan Josephson (Expert)
          8.  Dr. Paul Hruz (Expert)

      **b.**  <u>Witnesses Defendant May Call</u>
          1.  Drew Adams (live trial testimony and deposition testimony)
          2.  Erica Adams Kasper

3. Scott Adams
4. Brennan Asplen
5. Martha Mickler
6. Paul Rose
7. Records Custodian for St. Johns County School District
8. Records Custodian for medical providers

\* This list does not include potential impeachment witnesses.

## II.   EXHIBITS

| No. | Date Identified | Date Admitted | Description | Bates No | Objection |
|---|---|---|---|---|---|
| 1. | | | Authorization for Treatment by Dr. Naomi Jacobs (Def. Depo 1). | PLTF860- | |
| 2. | | | History Form for Dr. Naomi Jacobs (Def. Depo 1). | PLTF861 | |
| 3. | | | Patient Rights and Responsibilities for Dr. Naomi Jacobs (Def. Depo 1). | PLTF862 | |
| 4. | | | Evaluation Report by Dr. Naomi Jacobs dated February 17, 2015 (Def. Depo 1). | PLTF863-PLTF864 | |
| 5. | | | Email dated April 24, 2015, from E. Adams to J. Johnson (Def. Depo 2). | SJCSD-DA 427 | |
| 6. | | | Baptist Health Parent Intake Questionnaire dated May 14, 2015 (Def. Depo 3). | PLTF189-PLTF190 | |
| 7. sealed | DEC 1 2 2017 | DEC 1 2 2017 | St. Johns County School District Safety Plan dated May 14, 2015 (Def. Depo 4). | SJCSD-DA 51-52 | |
| 8. | | | Email dated May 18, 2015, from E. Adams to V. Golden (Def. Depo 5). | SJCSD DA 477-78 | |
| 9. | | | Client Intake Questionnaire for J. Asermely dated June 25, 2015 (Def. Depo 6). | PLTF 835-836 | |

2

| No. | Date Identified | Date Admitted | Description | Bates No | Objection |
|---|---|---|---|---|---|
| 10. | | | J. Asermely Session Notes for June 25, 2015 (Def. Depo 6). | PLTF837 | |
| 11. | | | Acknowledgment of Notice of Privacy Rights for J. Asermely dated June 25, 2015 (Def. Depo 6). | PLTF838 | |
| 12. | | | Letter from E. Adams to K. Dresback (Def. Depo 7). | SJCSD DA 14-16 | |
| 13. | | | Email from E. Adams to H. Arkin dated March 15, 2015 (Def. Depo 8). | SJCSD DA 603 | |
| 14. | DEC 1 1 2017 | DEC 1 1 2017 | Email from H. Arkin to E. Adams dated March 17, 2016 (Def. Depo 8). | SJCSD DA 604-606 | |
| 15. | | | Email chain between E. Adams and H. Arkin dated March 31, 2016 (Def. Depo 9). | SJCSD-DA 613 | |
| 16. | | | Email from E. Adams to C. Mittelstadt dated April 9, 2016 (Def. Depo 9). | SJCSD-DA 615-619 | |
| 17. | | | Email from C. Mittelstadt to E. Adams dated June 2, 2016 (Def. Depo 10). | SJCSD-DA 664 | |
| 18. | | | Letter from Dr. Naomi Jacobs to K. Russell dated May 31, 2016 (Def. Depo 11) . | SJCSD-DA 3220-3221 | |
| 19. | | | Email from E. Adams to C. Mittelstadt dated June 6, 2016 (Def. Depo 12). | SJCSD-DA 665-666 | |
| 20. Sealed | DEC 1 2 2017 | DEC 1 2 2017 | Document from Dr. Naomi Jacob's records (Def. Depo 13). | SJCSD-DA 3222 | |
| 21. | | | Baptist Medical Survey dated March 13, 2017 (Def. Depo 14). | SJCSD-DA 3166 | |
| 22. | | | Letter from Dr. Naomi Jacobs to Dr. Sassani dated April 25, 2017 (Def. Depo 15). | SJCSD-DA 3226 | |

Case 3:17-cv-00739-TJC-JBT   Document 105   Filed 11/29/17   Page 4 of 29 PageID 2526

| No. | Date Identified | Date Admitted | Description | Bates No | Objection |
|---|---|---|---|---|---|
| 23. | | | Article from Florida Times-Union dated June 13, 2016, entitled "Transgender Students Seek to Counter Opposition, Fears Over Bathrooms" (Def. Depo 16). | | |
| 24. | | | Email chain between A. Linsky, K. Dresback and Plaintiff dated September 25, 2015 (Def. Depo 17). | SJCSB-DA PRR 507-508 | |
| 25. | | | Email from L. Maalouf to Plaintiff dated November 1, 2016 (Def. Depo 18). | SJCSD-DA 742 | |
| 26. | | | Email from E. Adams to C. Mittelstadt and B. Asplen dated November 30, 2015. | SJCSB-DA PRR 579 | |
| 27. | DEC 1 2 2017 | DEC 1 2 2017 | Email from S. Smith to T. Forson dated September 23, 2014. | SJCSB-DA 17199 | |
| 28. | DEC 1 2 2017 | DEC 1 2 2017 | Email from S. Smith re Task Force members dated March 3, 2015 with attachment. | SJCSB-DA PRR 1090-1097 | |
| 29. | | | Letter from V. Hollis to Dr. J. Joyner dated December 28, 2015. | SJCSD-DA 001-003 | |
| 30. | | | Letter from Dr. Joyner to V. Hollis dated January 15, 2016. | SJCSD-DA 006-007 | |
| 31. | | | Map of Nease High School depicting gender designated and non-gender designated restrooms. | SJCSD-DA 909 and 919 | |
| 32. | | | Ninth grade class schedule for Plaintiff | SJCSD-DA 010 | |
| 33. | DEC 1 2 2017 | DEC 1 2 2017 | St. Johns County School District Guidelines for | SJCSD-DA 011-012 | |

| No. | Date Identified | Date Admitted | Description | Bates No | Objection |
|---|---|---|---|---|---|
| | | | LGBTQ students – Follow Best Practices (2015-16) | | |
| 34. | DEC 1 2 2017 | DEC 1 2 2017 | Email from E. Adams to H. Arkin dated September 23, 2015. | SJCSD-DA 013-016 | |
| 35. | | | Email from C. Mittelstadt to K. Dresback dated October 6, 2015. | SJCSD-DA 017 (DA 2665-68) | |
| 36. | DEC 1 2 2017 | DEC 1 2 2017 | Email from E. Adams to S. Smith dated October 12, 2015. | SJCSD-DA 018 | |
| 37. | | | Email from S. Smith to E. Adams dated October 13, 2015. | SJCSD-DA 019 | |
| 38. | | | Email from E. Adams to S. Smith dated October 16, 2015. | SJCSD-DA 020 | |
| 39. | DEC 1 2 2017 | DEC 1 2 2017 | Email from C. Mittelstadt to E. Adams dated December 1, 2015. | SJCSD-DA 022 | |
| 40. | DEC 1 3 2017 | DEC 1 3 2017 | Letter from F. Upchurch to R. Mills dated March 30, 2016. | SJCSB-DA 025-032 | |
| 41. Sealed | DEC 1 3 2017 | DEC 1 3 2017 | Student Attendance Report for Plaintiff dated July 14, 2017. | SJCSD-DA 149-150 | |
| 42. Sealed | DEC 1 3 2017 | DEC 1 3 2017 | Course and Grade Information for Plaintiff from 2014-2017. | SJCSD-DA 036-038 | |
| 43. Sealed | DEC 1 3 2017 | DEC 1 3 2017 | Eleventh grade class schedule for Plaintiff. | SJCSD-Adams 905 | |
| 44. | | | 1979 Building Plans for Nease High School: Bldgs C, F and G. | SJCSD-Adams 906 | |

| No. | Date Identified | Date Admitted | Description | Bates No | Objection |
|-----|-----------------|---------------|-------------|----------|-----------|
| 45. | | | 1979 Building Plans for Nease High School: Bldg J. | SJCSD-Adams 907 | |
| 46. | | | 1979 Building Plans for Nease High School: Bldgs K, L and O. | SJCSD-Adams 908 | |
| 47. | | | 2008 Nease High School Floor Plan | SJCSD-Adams 909 | |
| 48. | | | 2016 Nease High School Floor Plans – First Floor | SJCSD-Adams 910-913 | |
| 49. | | | 2016 Nease High School Floor Plans – Second Floor | SJCSD-Adams 914-917 | |
| 50. | | | Architect's Notes re Nease High School. | SJCSD-Adams 918 | |
| 51. | | | 8/12/15 e School Plus note re use of C-Pod bathroom | SJCSD-Adams 892 | |
| 52. | | | 9/11/15 e School Plus note re use of male pronoun | SJCSD-Adams 893 | |
| 53. | | | 8/15/16 e School plus note re GSA meeting issue | SJCSD-Adams 894 | |

| No. | Date Identified | Date Admitted | Description | Bates No | Objection |
|---|---|---|---|---|---|
| 54. | | | 8/16/16 e School plus note re "verbal attack" | SJCSD-Adams 895 | |
| 55. | | | 12/14/16 e School plus note re rumors | SJCSD-Adams 896 | |
| 56. | | | 8/16/16 Student Statement | SJCSD-Adams 897 | |
| 57. | | | Email from E. Adams to B. Blue dated January 25, 2016. | SJCSD-Adams 898-899 | |
| 58. | | | Statement by [student] about Plaintiff. | SJCSD-Adams 900 | |
| 59. | | | Statement by Plaintiff re incident with [student]. | SJCSD-Adams 901 | |
| 60. | | | OMITTED | | |
| 61. | | | Student Information Sheet for Plaintiff (9th grade) | SJCSD-Adams 903 | |
| 62. | | | Incident Report dated November 14, 2016. | SJCSD-Adams 904 | |
| 63. | | | E-School Plus Notes re Plaintiff | SJCSB-DA 920 | |
| 64. | | | H. Arkin encounters with Plaintiff | SJCSB-DA 921 | |
| 65. | DEC 13 2017   DEC 13 2017 | | Student Codes of Conduct for 2015-2018 | SJCSB-DA 982-1231 | |

| No. | Date Identified | Date Admitted | Description | Bates No | Objection |
|---|---|---|---|---|---|
| 66. | DEC 12 2017 | DEC 12 2017 | Emails from S. Smith to LGBTQ Task Force re various meetings in 2014-15 | SJCSB-DA PRR 1098-1116 | |
| 67. | DEC 12 2017 | DEC 12 2017 | Agenda for LGBTQ Task Force Meeting dated February 18, 2015 (with handwritten notes). | SJCSD-DA 151-152 | |
| 68. | DEC 12 2017 | DEC 12 2017 | Minutes for LGBTQ Focus Group Meeting held February 18, 2015 | SJCSB-DA PRR 1619-1622 | |
| 69. | DEC 12 2017 | DEC 12 2017 | LGBTQ Focus Group Meeting Agenda dated November 5, 2014. | SJCSB-DA PRR 1613 | |
| 70. | DEC 12 2017 | DEC 12 2017 | LGBTQ Focus Group Meeting Minutes dated November 5, 2014. | SJCSD-DA 153-156 | |
| 71. | DEC 13 2017 | DEC 13 2017 | Draft of LGBTQ Best Practices dated August 19, 2015. | SJCSD-DA 157-159, PRR 003-012, 1988, 1988-90, 1992-94, 2087 | |
| 72. | DEC 12 2017 | DEC 12 2017 | Email from C. Mittelstadt to F. Upchurch dated August 12, 2015, with draft of Best Practices. | SJCSD-DA 1377-1380 | |
| 73. | | | Email from S. Willets to V. Moody dated August 13, 2015. | SJCSB DA 3053-3054 | |
| 74. | | | Minutes from St. Johns County School Board Meeting on July 11, 2017. | SJCSB-DA PRR 192-198 | |
| 75. | | | Email chain between A. Linsky and Plaintiff dated July 17, 2017. | SJCSB-DA PRR 222-223 | |
| 76. | | | Email from Plaintiff to A. Linsky dated July 12, 2017. | SJCSB-DA PRR 225 | |

8

| No. | Date Identified | Date Admitted | Description | Bates No | Objection |
|---|---|---|---|---|---|
| 77. | | | Email chain between A. Linsky and Plaintiff dated July 7 & 8, 2017. | SJCSB-DA PRR 226-227 | |
| 78. | | | Email chain between L. Kunze, J.A. and Plaintiff dated March 28 & April 2, 2017. | SJCSB-DA PRR 249 | |
| 79. | | | Email chain between Plaintiff K. Dresback, M. Fox dated March 6 & 7, 2017. | SJCSB-DA PRR 258 | |
| 80. | | | Emails re HOPE curriculum | SJCSB-DA PRR 261-83, DA 753-794 | |
| 81. | | | Emails re GSA | SJCSB-DA PRR 284-88, 371-76, DA 668-699, 749 | |
| 82. | | | Email chain between Plaintiff and H. Farson dated August 19, 2016. | SJCSB-DA PRR 341 | |
| 83. | | | Email chain between Plaintiff and K. Dresback dated September 25, 2015. | SJCSB DA PRR 389-90 | |
| 84. | DEC 1 3 2017 | DEC 1 3 2017 | U.S. Department of Justice Dear Colleague Letter dated May 13, 2016, on Transgender Students | SJCSB-DA PRR 1731-39 | |
| 85. | DEC 1 2 2017 | DEC 1 2 2017 | Policies and guidelines from other school districts re gender identity and transgender issues | SJCSB-DA PRR 1437-1526, 2533-2610 | |
| 86. | | | A.L.E.R.T. Guide for 2017-18 (includes Best Practices) | SJCSB-DA PRR 1559-1566 | |
| 87. | DEC 1 2 2017 | DEC 1 2 2017 | Principal and Asst. Principal Meetings where Best Practices implementation discussed | SJCSB-DA PRR 1567-69 | |

9

| No. | Date Identified | Date Admitted | Description | Bates No | Objection |
|---|---|---|---|---|---|
| 88. | | | Docs re conferences attended by S. Smith and others re LGBTQ rights. | See SJCSB-DA PRR 1895-1928 | |
| 89. | | | Email from G. Freeman to S. Smith and others re LGBTQ Meeting Summary. | SJCSB-DA PRR 1605-1606 | |
| 90. | DEC 12 2017 | DEC 12 2017 | Minutes from Children's Behavioral Focus Group Meeting held October 8, 2014. | SJCSB-DA PRR 1610-1612 | |
| 91. | | | Email from D. Palazzo to various recipients dated May 19, 2016, with minutes of All Together Now Statewide Conference Call. | SJCSB-DA PRR 1623-1627 | |
| 92. | | | High School Feedback from 9/10 AP Meeting on LGBTQ Guidelines. | SJCSB-DA PRR 1768-1770 | |
| 93. | | | Agenda for Initial Meeting of LGBTQ Committee on September 19, 2014. | SJCSB-DA PRR 1771-1788 | |
| 94. | | | LGBTQ "Fact Sheet" | SJCSB-DA PRR 1789-1790 | |
| 95. | | | 2014 email responses from other school districts re LGBTQ Critical Support Guide questions | SJCSB-DA PRR 1791-1810 | |
| 96. | | | Email chain between E. Adams and H. Arkin dated September 22, 2015. | SJCSD-DA 520 | |
| 97. | | | Email from E. Adams to H. Arkin dated October 27, 2015. | SJCSD-DA 548 | |

| No. | Date Identified | Date Admitted | Description | Bates No | Objection |
|---|---|---|---|---|---|
| 98. | | | Email chain between E. Adams and C. Mittelstadt dated May 13, 2016. | SJCSD-DA 634-635 | |
| 99. | | | Email chain between E. Adams and C. Mittelstadt dated May 16, 2016. | SJCSD-DA 644 | |
| 100. | | | Email from C. Mittestadt to E. Adams dated June 13, 2016. | SJCSD-DA 667 | |
| 101. | | | Email chain between E. Adams and L. Maalouf dated June 17 & 19, 2016. | SJCSD-DA 669-670 | |
| 102. | | | Email from E. Adams to H. Arkin dated August 13, 2016. | SJCSD-DA 714 | |
| 103. | | | Email from E. Adams to H. Arkin dated August 15, 2016. | SJCSD-DA 715 | |
| 104. | | | Email from E. Adams to H. Arkin dated August 23, 2016. | SJCSD-DA 723 | |
| 105. | | | Email from E. Adams to C. Mittelstadt dated August 27, 2016. | SJCSD-DA 724 | |
| 106. | | | Email chain between K. Dresback and E. Kasper dated August 29, 2016. | SJCSD-DA 733-735 | |
| 107. | | | Email from K. Dresback to Plaintiff dated February 22, 2017. | SJCSD-DA 784-785 | |
| 108. | | | Email chain between K. Dresback and Plaintiff dated February 22, 2017. | SJCSD-DA 799 | |
| 109. | | | Email chain between L. Kunze, Plaintiff and J.A. dated March 6 & 8, 2017. | SJCSD-DA 801 | |
| 110. | | | Letter from N. Jacobs to K. Russell dated May 31, 2016. | SJCSD-DA 3220-3221 | |
| 111. | | | Letter from Dr. Jacobs to Dr. Sassani dated April 25, 2017. | SJCSD-DA 3226-3227 | |

11

| No. | Date Identified | Date Admitted | Description | Bates No | Objection |
|---|---|---|---|---|---|
| 112. | | | Medical records from Duke Health | SJCSB-DA 18024-18126 | |
| 113. | | | Medical records from Dr. Naomi Jacobs | SJCSB-DA 3197-3231 | |
| 114. | | | Medical records from Dr. Kamalesh Pai | SJCSB-DA 18323-18342 | |
| 115. | | | Medical records from Baptist Medical South | SJCSB-DA 18940-18986 | |
| 116. | | | Medical records from Baptist Pediatrics | SJCSB-DA 3154-3196 | |
| 117. | | | Medical records from Nemours Children's Clinic | SJCSB-DA 18169-18322 | |
| 118. | | | Medical records from Wolfson Children's Hospital | SJCSB-DA 18432-18939 | |
| 119. | | | Medical records from Take Shape Plastic Surgery | SJCSB-DA 18127-18168 | |
| 120. | DEC 1 3 2017 | DEC 1 3 2017 | Best Practices emails and drafts | SJCSB DA 1362-1416 | |
| 121. | | | Emails from citizens and parents re transgender restroom policy | SJCSB DA 1235-1361, 2470-2513 | |
| 122. | | | SJCSB Policy 2.16 Prohibiting Discrimination, Including Sexual and Other Forms of Harassment | SJCSB-DA PRR 2059-2062 | |
| 123. | | | Email from Plaintiff to D. Ousley dated April 28, 2015 | SJCSD-DA 435 | |
| 124. | | | Email chain between E. Adams and C. Mittelstadt dated May 22 & 24, 2016. | SJCSD-DA 657 | |
| 125. | | | Email from Plaintiff to K. Bransford dated March 20, 2017. | SJCSD-DA 806-807 | |

| No. | Date Identified | Date Admitted | Description | Bates No | Objection |
|---|---|---|---|---|---|
| 126. | | | Email from E. Adams to C. Mittelstadt dated May 28, 2016. | SJCSD-DA 2695 | |
| 127. | | | Email from H. Arkin to S. Smith dated June 15, 2015. | SJCSD-DA 2996 | |
| 128. | | | Undated letter from E. Adams to Dr. Joyner. | KASPER 39-43 | |
| 129. | | | Emails between E. Adams and Transactive Online representatives | KASPER 81-84 | |
| 130. | | | Emails between E. Adams and DOE OCR | KASPER 88-113, 180-247 | |
| 131. | | | SJCSD High School Student Progression Plan 2017-2018 | SJCSB-DA 2218-2296 | |
| 132. | | | SJCSD Parent Resource Guide for 2017-18 | SJCSB-DA 2092-2171 | |
| 133. | DEC 1 1 2017 | DEC 1 1 2017 | Video from School Bathroom Tour with Plaintiff and legal counsel | n/a | |
| 134. | | | 2014 Article from American Psychologist entitled "Expertise in Psychotherapy – An Elusive Goal?" | HRUZ 1635-1646 | |
| 135. | | | 2010 Article from Association for Psychological | HRUZ 1588-1620 | |

13

| No. | Date Identified | Date Admitted | Description | Bates No | Objection |
|---|---|---|---|---|---|
| | | | Science entitled "Pitfalls and Opportunities in Nonverbal and Verbal Lie Detection" | | |
| 136. | | | 2004 Article from Journal of Academy of Psychiatry Law entitled "A Cautionary Lesson from Simulated Patients" | HRUZ 1621-1622 | |
| 137. | | | 2001 Article from Journal of American Academy of Psychiatry Law entitled "Commentary – Informed Consent in Psychotherapy – A Multidisciplinary Perspective | HRUZ 1628-1634 | |
| 138. | | | 2004 Research Report from American Psychological Society entitled "Psychological Responding During Script-Driven Imagery in People Reporting Abduction by Space Aliens" | HRUZ 1623-1627 | |
| 139. | | | 1997 Article from American Journal of Psychiatry entitled "On Wearing Two Hates: Role Conflict in Serving as Both Psychotherapist and Expert Witness | HRUZ 1579-1587 | |
| 140. | | | 1997 APA Article entitled: Irreconcilable Conflict Between Therapeutic and Forensic Roles | HRUZ 1571-1578 | |
| 141. | | | WPATH Standards of Care for the Health of Transsexual, | Adkins Depo 3 | |

| No. | Date Identified | Date Admitted | Description | Bates No | Objection |
|---|---|---|---|---|---|
| | | | Transgender, and Gender Nonconforming People | | |
| 142. sealed | DEC 1 2 2017 | DEC 1 2 2017 | 2010-11 St. Johns County School District Student Information/Entry Form dated July 30, 2010 | SJCSD-DA 0053-0054 | |
| 143. sealed | DEC 1 2 2017 | DEC 1 2 2017 | SJCSD Home Language Survey dated August 2, 2010 | SJCSD-DA 0055 | |
| 144. sealed | DEC 1 2 2017 | DEC 1 2 2017 | Florida Department of Health School Entry Health Exam dated July 29, 2010 | SJCSD-DA 0069 | |
| 145. sealed | DEC 1 2 2017 | DEC 1 2 2017 | Plaintiff Birth Certificate issued December 18, 2000 | SJCSD-DA 70 | |
| 146. | | | OMITTED | | |
| 147. | | | OMITTED | | |
| 148. | | | OMITTED | | |
| 149. | | | OMITTED | | |
| 150. | | | SJCSD Checklist for Gifted Characteristics dated November 25, 2013. | SJCSD-DA 141 | |
| 151. | | | SJCSD Checklist for Gifted Characteristics dated December 3, 2013 | SJCSD-DA 142 | |
| 152. | | | Assessment by Hope Haven Children's Clinic and Family Center dated September 16, 2013. | SJCSD-DA 143-145 | |
| 153. | | | Discipline Narrative History dated November 12, 2013. | SJCSD-DA 148 | |
| 154. | | | SJCSD Student Record for Plaintiff | SJCSD-DA 033-44 | |
| 155. | | | February 2015 Council of School Attorneys Inquiry & Analysis re Title IX and Gender Identity Issues | SJCSB-DA PRR 013-023 | |

| No. | Date Identified | Date Admitted | Description | Bates No | Objection |
|---|---|---|---|---|---|
| 156. | | | Article re Advocates or Employees: First Amendment Claims Brought by Special Ed Teachers | SJCSB-DA PRR 024-028 | |
| 157. | DEC 1 2 2017 | DEC 1 2 2017 | Broward County Public Schools LGBTQ Critical Support Guide Appendix F – Guide Summary | SJCSB-DA PRR 029-030 | |
| 158. | DEC 1 2 2017 | DEC 1 2 2017 | Broward County Public Schools LGBTQ Critical Support Guide Appendix G – Federal Support Letter dated June 14, 2011 | SJCSB-DA PRR 031-033 | |
| 159. | DEC 1 2 2017 | DEC 1 2 2017 | Broward County Public Schools LGBTQ Critical Support Guide – The Necessity of the Guide | SJCSB-DA PRR 034-035 | |
| 160. | DEC 1 2 2017 | DEC 1 2 2017 | July 24, 2013 Department of Justice, Office of Public Affairs Press Release re Arcadia, California Agreement | SJCSB-DA PRR 036-037 | |
| 161. | DEC 1 2 2017 | DEC 1 2 2017 | October 2012 Fact Sheet from the National Women's Law Center re Title IX Protections | SJCSB-DA PRR 1531-33 | |
| 162. | DEC 1 2 2017 | DEC 1 2 2017 | Stonewall National Education Project Symposium Schedule for January 21, 2015 - Building Safe and Supportive Schools for LGBTQ Youth | SJCSB-DA PRR 1534-36 | |
| 163. | DEC 1 2 2017 | DEC 1 2 2017 | National Center for Transgender Equality April 2014 Outline re Rights at School | SJCSB-DA PRR 1539-42 | |

| No. | Date Identified | Date Admitted | Description | Bates No | Objection |
|---|---|---|---|---|---|
| 164. | | | Draft of SJCSB Chapter 2.0 School Board Governance and Organization (Restroom Policy) | SJCSB-DA PRR 1543-1551, 2050-58 | |
| 165. | | | Broward County Public Schools Critical Support Guide - 2012 | | |
| 166. | | | Recommendations from LGBTQ Task Force to Executive Cabinet dated February 2015 | SJCSB-DA PRR 1552-58 | |
| 167. | | | Trends in Recent Case Law Regarding LGBTQ Students | SJCSB-DA PRR 1572-83 | |
| 168. | DEC 1 2 2017 | DEC 1 2 2017 | District Response to Needs of LGBTQ Students: Legal Rights and Ethical Responsibilities – Evaluation Summation | SJCSB-DA PRR 1584 | |
| 169. | | | Log of LGBTQ conferences attended in 2014-2017 | SJCSB-DA PRR 1604 | |
| 170. | DEC 1 2 2017 | DEC 1 2 2017 | 2014-15 FHSAA Handbook Excerpt re Gender Identity Participation | SJCSB-DA PRR 1607-08 | |
| 171. | DEC 1 2 2017 | DEC 1 2 2017 | 2010- A Legal Handbook for LGBT Floridians and Their Families | SJCSB-DA PRR 1628-78 | |
| 172. | DEC 1 2 2017 | DEC 1 2 201 | Stonewell National Education Project Release re 2014 Symposium on LGBT Youth | SJCSB-DA PRR 1681-85 | |
| 173. | | | Palm Beach County Safe Schools Handout re Ideas for Applying Strategic Language to Situations Involving Homophobic Remarks | SJCSB-DA PRR 1687-91 | |

| No. | Date Identified | Date Admitted | Description | Bates No | Objection |
|---|---|---|---|---|---|
| 174. | DEC 1 2 2017 | DEC 1 2 2017 | 2011 ASCA Article entitled "The Children Already Know" | SJCSB-DA PRR 1697 | |
| 175. | | | Sun Sentinel Article dated January 21, 2014, re Stonewall | SJCSB-DA PRR 1698-1700 | |
| 176. | | | Legally Speaking article entitled "Disciplining Students for Off-Campus Text Messaging/Social Networking" | SJCSB-DA PRR 1702-05 | |
| 177. | DEC 1 2 2017 | DEC 1 2 2017 | Brochure re Safe Schools of South Florida | SJCSB-DA PRR 1706-08 | |
| 178. | DEC 1 2 2017 | DEC 1 2 2017 | 2014 Florida Statewide LGBTQ District Collaborative Conference Agenda | SJCSB-DA PRR 1709-13 | |
| 179. | DEC 1 2 2017 | DEC 1 2 2017 | 2009 California Safe Schools Coalition Research Brief 9 – Understanding Differences Between Schools in Overall LGBT School Safety | SJCSB-DA PRR 1714-17 | |
| 180. | | | LRP Conference from October 27, 2016, re Transgender Students' Rights: Legal Issues and Practical Concerns for Your District | SJCSB-DA PRR 1722-30 | |
| 181. | | | Injunction Order from Texas v. US dated August 21, 2016 | SJCSB-DA PRR 1740-61 | |
| 182. | | | Email chain between C. McKendrick and M. Sterling re LGBTQ training dated December 1, 2016 | SJCSB-DA PRR 1762 | |

| No. | Date Identified | Date Admitted | Description | Bates No | Objection |
|------|------|------|------|------|------|
| 183. | | | 2016 FAQ from National School Boards Association re Addressing a Transgender Student | SJCSB-DA PRR 1763 | |
| 184. | | | Lambda Legal's "A Transgender Advocate's Guide to Updating and Amending School Records" | SJCSB-DA PRR 1764-67 | |
| 185. | | | Duval County Public Schools Youth Risk Behavior Surveys from 2013 | SJCSB-DA PRR 1839-1871 | |
| 186. | | | Brochure entitled "I Think I Might Be Transgender, Now What Do I Do?" | SJCSB-DA PRR 1823-1838 | |
| 187. | DEC 1 2 2017 | DEC 1 2 2017 | The Daytona Beach News-Journal article dated June 8, 2011, "Flagler Schools Expand Policies on Bullying and Harassment." | SJCSB-DA PRR 1872 | |
| 188. | DEC 1 2 2017 | DEC 1 2 2017 | SJCSB Draft Policy 511.2 re Bullying and Harassment | SJCSB-DA PRR 1873-75 | |
| 189. | DEC 1 2 2017 | DEC 1 2 2017 | New York Department of Education Guidelines for Transgender Students | SJCSB-DA PRR 1876-78 | |
| 190. | DEC 1 2 2017 | DEC 1 2 2017 | Article re Gender Neutral Bathrooms: (Hopefully) Coming to a City Near You | SJCSB-DA PRR 1879-80 | |
| 191. | DEC 1 2 2017 | DEC 1 2 2017 | Brochure re Gender Spectrum Services – Training and Support | SJCSB-DA PRR 1881-94 | |
| 192. | | | Agenda, notes and other documents from May 13- 15, 2015 Stonewall Conference in Ft. Lauderdale | SJCSB-DA PRR 1895-1927 | |

| No. | Date Identified | Date Admitted | Description | Bates No | Objection |
|---|---|---|---|---|---|
| 193. | | | A Guide for Schools Responding to Questions About U.S. DOE Guidance on Rights of Transgender Students | SJCSB-DA PRR 1929-33 | |
| 194. | | | Misc. Journal Articles re Transgender issues | SJCSB-DA PRR 1939-46 | |
| 195. | | | Fact Sheet: Transgender & Gender Nonconforming Youth in Schools by the Sylvia Law Project | SJCSB-DA PRR 1947-50 | |
| 196. | | | Schools in Transition: A Guide for Supporting Transgender Students in K-12 Schools | SJCSB-DA PRR 1951-62 | |
| 197. | | | October 2015 ASCA School Counselor article "Transgender and Gender Nonconforming Students: Advocate for Best Practices" | SJCSB-DA PRR 1963-66 | |
| 198. | | | 2015 Abstract re G.G. v. Gloucester County School Board | SJCSB-DA PRR 1967 | |
| 199. | | | Draft Anti-discrimination Training Power Point re Gender Identity | SJCSB-DA PRR 1996-2001 | |
| 200. | | | Implementing Lessons that Matter – The Impact of LGBTQ-Inclusive Curriculum on Student Safety, Well-Being and Achievement | SJCSB-DA PRR 2002-2049 | |
| 201. | | | SJCSB Policy 5.02 re Non-Discriminatory Admission of Students | SJCSB-DA PRR 2059 | |

| No. | Date Identified | Date Admitted | Description | Bates No | Objection |
|---|---|---|---|---|---|
| 202. | | | SJCSB Policy 511.2 re Bullying and Harassment | SJCSB-DA PRR 2070-72 | |
| 203. | DEC 1 2 2017 | DEC 1 2 2017 | U.S. Department of Health and Human Services web article re Stop Bullying and Creating a Safe Environment for LGBT Youth | SJCSB-DA PRR 2188-89, 2305-07 | |
| 204. | DEC 1 2 2017 | DEC 1 2 2017 | Misc. Research compiled and reviewed by District personnel prior to implementation of Best Practices | SJCSB-DA PRR 2114-2236 | |
| 205. | | | Lambda Legal Publication entitled "Out, Safe & Respected" | SJCSB-DA PRR 2208-2236 | |
| 206. | | | Lambda Legal Facts: Gays and Lesbian Youth in Schools | SJCSB-DA PRR 2204-07 | |
| 207. | | | 9 Things to Know About Title IX | SJCSB-DA PRR 2201-03 | |
| 208. | | | MSNBC article dated April 30, 2014, entitled "Transgender Students Protected Under Title IX, DOE Says." | SJCSB-DA PRR 2199-2200 | |
| 209. | | | US DOE Know Your Rights: Title IX Requires Your School to Address Sexual Violence | SJCSB-DA PRR 2204-07 | |
| 210. | | | 2014 Article re School Board Answers Transgender Students' Complaint re Gloucester High | SJCSB-DA PRR 2195-96 | |
| 211. | | | SJCSB Policy 4.06 re Student Clubs and Organizations | SJCSB-DA PRR 2193-94 | |

| No. | Date Identified | Date Admitted | Description | Bates No | Objection |
|---|---|---|---|---|---|
| 212. | | | US DOE Questions and Answers on Title IX and Sexual Violence dated April 29, 2014 | SJCSB-DA PRR 2135-2187 | |
| 213. | DEC 1 2 2017 | DEC 1 2 2017 | FHSAA January 2013 BOD Meeting Agenda Item re Proposed Gender Participation Policy | SJCSB-DA PRR 2237-39 | |
| 214. | | | US DOE Examples of Policies and Emerging Practices for Supporting Transgender Students – May 2016 | SJCSB-DA PRR 2240-73 | |
| 215. | | | GLSEN 2011 National School Climate Survey Executive Summary | SJCSB-DA PRR 2292-2304 | |
| 216. | | | Abstracts of Safe Schools Improvement Act of 2013 and Student Non-Discrimination Act of 2013 | SJCSB- DA PRR 2282 | |
| 217. | DEC 1 2 2017 | DEC 1 2 2017 | Misc. News Articles re Orange, Volusia and Escambia Counties development of transgender polices | SJCSB-DA PRR 2283-85 | |
| 218. | | | Misc. materials re Bullying in St. Johns County Schools | SJCSB-DA PRR 2308-11 | |
| 219. | | | San Francisco State University 2009 Publication re Helping Families with Lesbian, Gay, Bisexual and Transgender Children | SJCSB-DA PRR 2312-34 | |
| 220. | | | 2012 Publication: An Ally's Guide to Issues Facing LGBT Americans | SJCSB-DA PRR 2335-49 | |

| No. | Date Identified | Date Admitted | Description | Bates No | Objection |
|---|---|---|---|---|---|
| 221. | | | An Ally's Guide to Terminology: Talking About LGBT People and Equality | SJCSB-DA PRR 2350-59 | |
| 222. | | | Best Practices: A Teaching Tolerance Guide by the Southern Poverty Law Center | SJCSB-DA PRR 2360-63 | |
| 223. | DEC 1 2 2017 | DEC 1 2 2017 | Transgender Law Center - Transgender and Gender Non-conforming Youth – Recommendations for Schools | SJCSB-DA PRR 2364-69 | |
| 224. | | | Student Codes of Conduct from other Florida school districts re Bullying and Harassment | SJCSB-DA PRR 2370-2382 | |
| 225. | DEC 1 2 2017 | DEC 1 2 2017 | Buzzfeed Article re GG. v. Gloucester County School Board | SJCSB-DA PRR 2383-85 | |
| 226. | | | 2012 NSBA publication re Respecting the Rights of Transgender Youths in the School System | SJCSB-DA PRR 2386-99 | |
| 227. | | | Toronto District School Board Guidelines for the Accommodation of Transgender and Gender Non-Conforming Students and Staff | SJCSB-DA PRR 2400-29 | |
| 228. | DEC 1 2 2017 | DEC 1 2 2017 | Misc. research and training materials re development and implementation of transgender policies. | SJCSB-DA PRR 2430-2532 | |
| 229. | | | Seminar Materials for "Transgender Students in K-12: Navigating | SJCSB-DA PRR 2611-13 | |

| No. | Date Identified | Date Admitted | Description | Bates No | Objection |
|---|---|---|---|---|---|
| | | | Accommodations and Avoiding Litigation" | | |
| 230. | | | Email chain between E. Kasper and L. Kunze dated November 7, 2017. | PLTF 2931-2933 | |
| 231. | | | Social Media Postings by Plaintiff, E. Adams Kasper and S. Adams provided in response to discovery requests. | PLTF2934-3671 | |
| 232. | | | Duke Children's Hospital and Health Center Information for Informed Consent for Adolescents | PLTF 1097-1102 | |
| 233. | | | Treatment records from J. Asermely, LCSW, LCC | PLTF 835-838 | |
| 234. | | | Articles cited by Dr. Josephson in October 30, 2017, and November 3, 2017, Expert Reports | JOSEPHSON 001-522 | |
| 235. | | | Articles cited by Dr. Hruz in November 2, 2017, Expert Report | HRUZ 1-249, 250-1455 | |
| 236. | | | Article: "St. Johns County will continue to provide gender-neutral bathrooms" published May 18, 2016 | SJCSB-DA 18992-18996 | |
| 237. | DEC 13 2017 | DEC 13 2017 | February 22, 2017, Dear Colleague letter issued by U.S. Departments of Justice and Education | SJCSB-DA 18989-18991 | |
| 238. | DEC 11 2017 | DEC 11 2017 | Plaintiff YouTube Video Titled, "MY DYSPHORIA" | PLAINTIFF 0001113 | |
| 239. | | | Plaintiff YouTube Video Titled, "Mental Health + Resources) | PLAINTIFF 0001112 | |

24

| No. | Date Identified | Date Admitted | Description | Bates No | Objection |
|---|---|---|---|---|---|
| 240. | | | Plaintiff 4/11/17 Facebook Post re: Kroger Bathrooms | PLAINTIFF 0003012 | |
| 241. | | | Plaintiff 3/23/17 Facebook Post re: Gender Neutral-Bathrooms | PLAINTIFF 0003030 | |
| 242. | | | Plaintiff's 2/17/17 Facebook Post re: Medications | PLAINTIFF 0003074 | |
| 243. | | | Plaintiff's parent's Facebook Post w/ media | PLAINTIFF 0003140 | |
| 244. | | | Plaintiff 3/10/17 Facebook Post re: 3rd bathroom | PLAINTIFF 0003288 | |
| 245. | | | Billing Records from Duke Health | Awaiting records | |
| 246. | | | Article entitled "Transseksualiteit en Psychotherapie" (Dutch version) | Adkins Depo Exh 4 | |
| 247. | | | Article entitled "Transexuality and Psychotherapy" (English version) | Adkins Depo Exh 5 | |
| 248. | DEC 13 2017 | DEC 13 2017 | Attorney General Memorandum dated October 4, 2017 | SJCSB-DA 18987-18988 | |
| 249. | | | (Proposed) Equality Act, 115th Congress: Introduced as S 1006 and HR 2282 | https://www.congress.gov/bill/115th-congress/senate-bill/1006/text?q=%7B%22search%22%3A%5B%22%5C%22Titl e+VII%5C%22+AND+%5C%22gender+identity%5 | |

| No. | Date Identified | Date Admitted | Description | Bates No | Objection |
|-----|-----------------|---------------|-------------|----------|-----------|
|  |  |  |  | C%22%22% 5D%7D&r=1 https://www. congress.gov/ bill/115th- congress/hou se- bill/2282/text ?q=%7B%22 search%22% 3A%5B%22 %5C%22Titl e+VII%5C% 22+AND+% 5C%22gende r+identity%5 C%22%22% 5D%7D&r=2 |  |
| 250. |  |  | (Proposed) Equality Act, 114th Congress; S 1858 and HR 3185 | https://www. congress.gov/ bill/114th- congress/sena te- · bill/1858/text ?q=%7B%22 search%22% 3A%5B%2211 14hr3185%2 2%5D%7D& r=2 https://www. congress.gov/ bill/114th- congress/hou se- bill/3185/text ?q=%7B%22 search%22% |  |

| No. | Date Identified | Date Admitted | Description | Bates No | Objection |
|-----|-----------------|---------------|-------------|----------|-----------|
|     |                 |               |             | 3A%5B%221 14hr3185%2 2%5D%7D& r=3 |     |
| 251. |                |               | (Proposed) Student Non-Discrimination Act of 2015, S439 and HR 846 | https://www.congress.gov/bill/114th-congress/senate-bill/439/text?q=%7B%22search%22%3A%5B%2211 4s439%22%5D%7D&r=1<br><br>https://www.congress.gov/bill/114th-congress/house-bill/846/text?q=%7B%22search%22%3A%5B%2211 4s439%22%5D%7D&r=2 |     |
| 252. |                |               | All documents listed by Plaintiff in Plaintiff's Disclosures |          |     |
| 253. |                |               | Signed Statements from Individuals Regarding Separation of Bathrooms Based on Birth Gender | SJCSB-DA 18997-19020 |     |

Dated this 29th day of November, 2017.

254   DEC 13 2017   DEC 13 2017   Sealed per doc. 158
255   DEC 13 2017   DEC 13 2017   Sealed per doc. 158

Respectfully submitted,

/s/ Terry J. Harmon
**TERRY J. HARMON**
*Trial Counsel*
Florida Bar Number: 0029001
tharmon@sniffenlaw.com
**ROBERT J. SNIFFEN**
Florida Bar Number: 000795
rsniffen@sniffenlaw.com
**MICHAEL P. SPELLMAN**
Florida Bar Number: 937975
mspellman@sniffenlaw.com
**KEVIN C. KOSTELNIK**
Florida Bar Number: 0118763
kkostelnik@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

**R. CHRISTOPHER BARDEN**
*Pro Hac Vice*
MN Bar Number: 227316
E-mail: rcbarden@mac.com
**RC BARDEN & ASSOCIATES**
5193 Black Oaks Court North
Plymouth, MN 55446-2603
Phone: 801-230-8328

*Counsel for St. Johns County School Board*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 29th day of November, 2017, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Middle District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Terry J. Harmon
**TERRY J. HARMON**