**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DREW ADAMS, etc.,

       Plaintiff,

vs.                                            Case No. 3:17-cv-739-J-32JBT

THE SCHOOL BOARD OF ST. JOHNS
COUNTY, FLORIDA,

       Defendant.

**ORDER**

As part of its effort to determine whether this case is ready for decision, the Court requests that the Chair of the School Board of St. Johns County, Florida, attend Friday's closing arguments (February 16, 2018, 9:30 a.m., Courtroom 10D) so the Court may ask the direct question: "Is the rule that prohibits Drew Adams from using the boys' bathrooms at Nease High School the official policy of the School Board of St. Johns County, Florida."[1]

**DONE AND ORDERED** at Jacksonville, Florida this 13th day of February, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:
counsel of record

---

[1] If the Chair is unavailable Friday, he is requested to send in his place another School Board member who is authorized to speak on behalf of the School Board.