**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DREW ADAMS, a minor, by and
through his next friend and mother,
Erica Adams Kasper,

       Plaintiff,

vs.                                              Case No. 3:17-cv-739-J-32JBT

THE SCHOOL BOARD OF
ST. JOHNS COUNTY, FLORIDA,

       Defendant.

## **FINAL JUDGMENT**

It is **ORDERED AND ADJUDGED** that:

Pursuant to the Court's Findings of Fact and Conclusions of Law (Doc. 192), which are hereby incorporated by reference, and in accordance with Federal Rules of Civil Procedure 52(a)(1), 54, and 58, Final Judgment is hereby entered in favor of plaintiff, Drew Adams, a minor, by and through his next friend and mother, Erica Adams Kasper, and against defendant, the School Board of St. Johns County, Florida, on Counts I and II of plaintiff's Amended Complaint (Doc. 60).

In accordance therewith,

1. The School Board of St. Johns County, Florida, is **ENJOINED** from enforcing the St. Johns County School District bathroom policy which prohibits Drew

Adams from using the boys' bathrooms at Allen D. Nease High School. Drew Adams must be permitted to use any of the boys' bathrooms at Nease High School that are available to any other male student, except within locker room and shower facilities, so long as Adams is a student enrolled at Nease High School. The Court retains jurisdiction to enforce this injunction.

2. Compensatory damages are awarded to plaintiff Drew Adams, a minor, by and through his next friend and mother, Erica Adams Kasper, and against defendant, the School Board of St. Johns County, Florida, in the total amount of $1,000.00 (one thousand dollars), with post-judgment interest to accrue as provided by law.

**ORDERED AND ADJUDGED** at Jacksonville, Florida this 26th day of July, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

s.
copies to:
counsel of record
(with Civil Appeals Checklist)