## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

DREW ADAMS, a minor, by and through
his next friend and mother, ERICA
ADAMS KASPER,

    Plaintiff,

v.                               Case No.: 3:17-cv-00739-TJC-JBT

THE SCHOOL BOARD OF ST. JOHNS
COUNTY, FLORIDA,

    Defendant.

_____/

### DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that **The School Board of St. Johns County, Florida**, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and the findings of fact and conclusions of law entered in this action on the 26th day of July, 2018.

Dated this 23rd day of August, 2018.

Respectfully submitted,

*[signature]*

**MICHAEL P. SPELLMAN**
Florida Bar Number: 937975
mspellman@sniffenlaw.com
**TERRY J. HARMON**
*Trial Counsel*
Florida Bar Number: 0029001
tharmon@sniffenlaw.com
**ROBERT J. SNIFFEN**
Florida Bar Number: 0000795
rsniffen@sniffenlaw.com
**KEVIN KOSTELNIK**
Florida Bar Number: 0118763
kkostelnik@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Counsel for St. Johns County School Board*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 23rd day of August, 2018, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Middle District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record. In addition, the undersigned certifies that on this 23rd day of August, 2018, he forwarded to the District Court Clerk, by Federal Express, overnight delivery, sufficient copies of this notice of appeal to comply with Rule 3(d), of the Federal Rules of Appellate Procedure.

*[signature]*

**MICHAEL P. SPELLMAN**