IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-13592-EE
_____

DREW ADAMS,
a minor, by and through his next friend and mother, Erica Adams Kasper,

                                          Plaintiff - Appellee,

versus

SCHOOL BOARD OF ST. JOHNS COUNTY, FLORIDA,

                                          Defendant - Appellant,

TIM FORSON, et al.,

                                          Defendants.
_____

Appeal from the United States District Court
for the Middle District of Florida
_____

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.


DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION

| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **To:** | FLMD_EFILE_APPEALS |
| **Subject:** | 18-13592-EE Drew Adams v. School Board of St. Johns Co. "Court Order Filed USCA clerk is directed Mandate Withheld" (3:17-cv-00739-TJC-JBT) |
| **Date:** | Monday, August 10, 2020 8:41:28 AM |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was filed on 08/10/2020

**Case Name:** Drew Adams v. School Board of St. Johns Co.
**Case Number:** 18-13592
**Document(s):** Document(s)

**Docket Text:**
ORDER:A judge of this Court withholds issuance of the mandate in this appeal. ENTERED FOR THE COURT - BY DIRECTION --

**Notice will be electronically mailed to:**

Maureen P. Alger
Jennifer G. Altman
Andrew W. Amend
Rosanne C. Baxter
Clifford Warren Berlow
Craig Edward Bertschi
Sarah Rebecca Binning
Tara L. Borelli
James A. Campbell
Paul David Castillo
Clerk - Middle District of Florida, Clerk of Court
Steven W. Davis
Kirsten Doolittle
John Charles Dwyer
Diana Katherine Flynn
Lisa Barclay Fountain
Markos Cleomenes Generales
Omar Gonzalez-Pagan
Terry Joseph Harmon
Emily Harrington
Edward John Jacobs
Aryeh Lev Kaplan
Nathan W. Kellum
Markenzy Lapointe
Jin Hee Lee
Gary S. McCaleb
Shawn Thomas Meerkamper
David D. Mesa
Shannon Price Minter
Asaf Orr
Patricia B. Palacios
Jerome Pierce
Andrew John Pincus
Dimitri Portnoi
Wesley R. Powell
Shani Rivaux
Cynthia Cook Robertson
Charles Alan Rothfeld
Richard M. Segal
Jeffrey Slanker
Alexander Slavin
Robert Sniffen
Michael P. Spellman
Victoria Lynn Stork
Gregory H. Teufel
James E. Tysse
Joanna F. Wasick
Jessica Weisel
Kyle C. Wong

The following document(s) are associated with this transaction:
**Document Description:** Clerk Order Filed
**Original Filename:** _1813592_0_DraftOrderByDirection_432.pdf
**Electronic Document Stamp:**

[STAMP acecfStamp_ID=1160056652 [Date=08/10/2020] [FileNumber=9158215-0]
[0314c98c0e5652666c8cd4fe3cf0e85872ff2ef8040a96a13445efbfb2855e16a41ed780d40bad29a35df5dba0b0036323e86c7ce6e89c2f23ed994d1c4b4cc4]]