# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 18-13592

_____

DREW ADAMS,
a minor, by and through his next friend and mother, Erica Adams Kasper,

                                                      Plaintiff-Appellee,

*versus*

SCHOOL BOARD OF ST. JOHNS COUNTY, FLORIDA,

                                                      Defendant-Appellant,

TIM FORSON, et al.,

                                                        Defendants.

_____

ISSUED AS MANDATE: 02/07/2023

Case 3:17-cv-00739-TJC-JBT   Document 214   Filed 02/07/23   Page 2 of 3 PageID 11906
USCA11 Case: 18-13592   Document: 309-2   Date Filed: 02/07/2023   Page: 2 of 2

2                                                                                        18-13592

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:17-cv-00739-TJC-JBT

———————————

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: December 30, 2022

For the Court: DAVID J. SMITH, Clerk of Court

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 07, 2023

Clerk - Middle District of Florida
U.S. District Court
300 N HOGAN ST
JACKSONVILLE, FL 32202

Appeal Number: 18-13592-AA
Case Style: Drew Adams v. School Board of St. Johns Co.
District Court Docket No: 3:17-cv-00739-TJC-JBT

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

<u>Clerk's Office Phone Numbers</u>

| | |
|---|---|
| General Information | 404-335-6100 |
| New / Before Briefing Cases | 404-335-6135 |
| Cases in Briefing / After Opinion | 404-335-6130 |
| Cases Set for Oral Argument | 404-335-6141 |
| Capital Cases | 404-335-6200 |
| Attorney Admissions | 404-335-6122 |
| CM/ECF Help Desk | 404-335-6125 |

Enclosure(s)

MDT-1 Letter Issuing Mandate